**<u>Exhibit B</u>**

**Schedule of Non-Performing Properties**

## List of Non-Performing Properties Subject to Settlement Procedures

1. Baton Rouge Smelter
   2400 Brooklawn Drive
   Baton Rouge, Louisiana 70807

2. Bristol Former Battery Plant
   364 Exide Drive
   Bristol, Tennessee 30094

3. Columbus Battery Plant & Smelter
   3639 Joy Road
   Columbus, Georgia 31906

4. Commerce Smelter
   5831 & 5909 East Randolph Street
   Commerce, California 90040

5. Dallas Smelter (Dixie Metals)
   3030 McGowan Street
   Dallas, Texas 75203

6. Florence Battery
   250 Ellis Street
   Florence, Mississippi 39073

7. Florence Surplus Property
   Olivia Slimon Drive
   Florence, Mississippi 39073

8. Florence (Expander)
   407 Briarhill Road
   Florence, Mississippi 39073

9. Fort Erie Battery Plant
   275 Fort Lewis Street
   Fort Eerie, Ontario L2A 5N6 Canada

10. Frankfort Battery Plant
    555 Hoke Avenue
    Frankfort, Indiana 46041

11. Frisco Smelter
    7471 Old 5th Street
    Frisco, Texas 75034

12. Greer Surplus Lots
    100 Bent Creek Drive
    101 Bent Creek Drive
    103 Bent Creek Drive
    105 Bent Creek Drive
    109 Bent Creek Drive
    203 Bent Creek Drive
    207 Bent Creek Drive
    208 Bent Creek Drive
    209 Bent Creek Drive
    210 Bent Creek Drive
    212 Bent Creek Drive
    106 Sylvan Drive
    108 Sylvan Drive
    110 Sylvan Drive
    107 Bowers Creek Drive
    110 Bowers Creek Drive
    111 Bowers Creek Drive
    112 Bowers Creek Drive
    Greer, South Carolina 29650

13. Greer Battery Plant
    109 Chick Springs Road
    Greer, South Carolina 29650

14. Hamburg Battery Plant
    280 Grand Street
    Hamburg, Pennsylvania 19526

15. Heflin Smelter
    6952 SR-531
    Heflin, Louisiana 71039

16. Kankakee Battery Plant

2475 West Station Street
Kankakee, Illinois 60901

17. Logansport Battery Plant
    303 Water Street
    Logansport, Indiana 46947

18. Memphis Surplus Lots (17)
    Mallory and Castex Avenues
    Memphis, Tennessee 38109

19. Memphis Smelter
    257 W. Mallory Avenue
    Memphis, Tennessee 38109

20. Oley Property
    Bull Road
    Oley, Pennsylvania 19560

21. Reading Residential/Vacant Property
    145-147 Spring Valley Rd
    143 Spring Valley Rd
    127 Spring Valley Rd
    129 Spring Valley Rd
    131 Spring Valley Rd
    258 Spring Valley Rd
    260 Spring Valley Rd
    Vacant Land - Isabelle Ct & Josephine Drive
    Reading, Pennsylvania 19605

22. Reading Recycling Plant
    3000 Montrose Avenue
    Reading, Pennsylvania 19605

23. Tampa  Smelter
    3507 S. 50th Street
    Tampa, Florida 33619

24. Vernon Smelter
    2700 S. Indiana Street
    Los Angeles, California 90023

RLF1 23448333v.1