## Exhibit C

**Agencies**

## <u>List of Agencies Subject to Settlement Procedures</u>

1. Arkansas Department of Environmental Quality
2. Canada, Ministry Of Environment
3. Certified Unified Program Agencies
4. City of Forest City, Missouri
5. City of Fort Smith, Arkansas
6. City of Frisco, Texas
7. City of Kansas City, Missouri
8. City of Manchester, Iowa
9. City of Muncie, Indiana
10. City of Muncie Bureau of Water Quality
11. City of Reading, Pennsylvania
12. City of Salina, Kansas
13. City of Vernon, California
14. County Commissioners, Reading, Pennsylvania
15. County Officials, Tampa, Florida
16. Department of Health and Environmental Control
17. Department of Homeland Security
18. Department of Toxic Substances Control
19. Florence, Mississippi, Department of Public Works
20. Florence, Mississippi, Office of the Mayor
21. Florida Department of Environmental Protection
22. Georgia Environmental Protection Division
23. Holt County, Missouri
24. Illinois Department of Natural Resources
25. Indiana Department of Environmental Management
26. Indiana Department of Homeland Security
27. Indiana Occupational Safety and Health Administration
28. Iowa Department of Natural Resources
29. Iowa Occupational Safety and Health Administration
30. Kansas City Fire Department
31. Kansas City Water Services Industrial Waste Division
32. Kansas Department of Health and Environment
33. Louisiana Department of Environmental Quality
34. Michigan Department of Natural Resources
35. Mississippi Department of Environmental Quality
36. Missouri Department of Natural Resources
37. Occupational Safety And Health Administration (Region 3, Philadelphia)
38. Occupational Safety And Health Administration (Region 4, Atlanta)
39. Occupational Safety And Health Administration (Region 6, Dallas)
40. Occupational Safety And Health Administration (Region 7, Kansas City)
41. Pennsylvania Department of Environmental Protection
42. South Coast Air Quality Management District
43. State of Georgia Office of Insurance and Safety Fire
44. State of Kansas Boiler Safety

45. State of Missouri Department of Public Safety Division of Fire Safety
46. Tennessee Council For Environmental Quality
47. Texas Commission of Environmental Quality
48. Unified Government Wyandotte County
49. United States Department Of Labor
50. United States Environmental Protection Agency
51. Wyandotte County Department of Air Quality

RLF1 23448333v.1