**Court Conference**  U.S. Bankruptcy Court-District of Delaware

Calendar Date: 10/09/2020

Calendar Time: 11:00 AM ET

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

2nd Revision  Oct  9 2020  5:13AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896023 | John Z. Balasko | (202) 514-7162 ext. | U.S. Department of Justice - Civil Division | Interested Party, United States of America / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10897108 | Gary Bressler | (215) 557-2971 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Westchester Fire Insurance Company and its affiliated sureties / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896006 | Robert A. Britton | (212) 373-3615 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896895 | Marc Casarino | (302) 467-4520 ext. | White and Williams LLP | Defendant(s), Bank of America / LISTEN ONLY |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896087 | Linda J. Casey | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896233 | Eric Chafetz | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10897097 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Interested Party, Battery Systems / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896007 | William Clareman | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896238 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896004 | Alice B. Eaton | (212) 373-3125 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Ad Hoc Group Of Note Holders / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896277 | Peter Friedman | (202) 383-5300 ext. | O'Melveny & Myers, LLP | Interested Party, California Department of Toxic Substances and Control / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896171 | Jared Friedmann | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| | | Exide Holdings, Inc. | 20-11157 | Hearing | 10896163 | Paul Genender | (214) 746-7877 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10894770 | L. Katherine Good | (302) 984-6049 ext. | Potter Anderson & Corroon LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10895962 | Whitney Groff | (404) 656-3338 ext. | Georgia Department of Law | Creditor, Georgia Environmental Protection Division of GA Dept. Natural Resources / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897379 | Jonathan Helfat | (212) 661-9100 ext. | Otterbourg P.C. | Interested Party, Bank of America / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10894781 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897304 | Matthew Indrisano | (202) 514-1398 ext. | U.S. Department of Justice | Creditor, United States on behalf of EPA / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897286 | Michael A. Kaplan | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897006 | Brya M. Keilson | (302) 888-6959 ext. | Morris James LLP | Representing, U.S. Bank National Association, as trustee and agent / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896199 | Sara V. Martinez | (803) 898-3350 ext. | South Carolina Department of Health & Environment | Interested Party, South Carolina Department of Health & Environmental Control / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896433 | Daniel J. McGuire | (312) 558-5600 ext. | Winston & Strawn LLP | Purchaser, ACR III Edison Holdings LLC (f/k/a Battery Bidco LLC) / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896247 | Roy Messing | (212) 818-1555 ext. | Ankura Consulting Group | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896343 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897022 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Representing, US Bank, National Association, as Trustee and Agent / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896013 | Pauline K. Morgan | (302) 571-6707 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Group of Noteholders / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896291 | Aisling Murray | (212) 408-2423 ext. | O'Melveny & Myers LLP | Interested Party, California Department of Toxic Substances and Control / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896027 | Amy Mussier | (404) 657-0489 ext. | State of Georgia - Office of the Attorney General | Creditor, Environmental Protection Division / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896017 | Ricardo Palacio | (302) 654-1888 ext. 00 | Ashby & Geddes | Interested Party, City of Frisco,Texas / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896134 | Kathryn Pamenter | (312) 814-0608 ext. | State of Illinois - Office of the Attorney General | Interested Party, State of Illinois / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897213 | Jordana L. Renert | (212) 457-5476 ext. | Arent Fox LLP | Trustee, US Bank National Association / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896173 | Hume Ross | (202) 552-9631 ext. | Wiley Rein LLP | Interested Party, Hume Ross / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10894570 | Christopher M. Samis | (302) 984-6050 ext. | Potter Anderson & Corroon LLP | Representing, Official Committee of Unsecured Creditors / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896245 | Brendan J. Schlauch | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896165 | Ray C. Schrock, P.C. | (212) 310-8210 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896240 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896159 | Sunny Singh | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, Inc. / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896229 | Chris Stauble | (212) 735-4935 ext. | Weil Gotshal & Manges LLP | Debtor, Exide Holdings, LLC / LISTEN ONLY |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10897115 | Alan Tenenbaum | (202) 514-5409 ext. | U.S. Department Of Justice | Interested Party, United States on Behalf of EPA / LIVE |
| | Exide Holdings, Inc. | 20-11157 | Hearing | 10896010 | David Weiss | (212) 373-3360 ext. | Paul Weiss Rifkin Wharton & Garrison LLP | Interested Party, Ad Hoc Group of Noteholders / LISTEN ONLY |
| | Exide Holdings, Inc. | 20–11157 | Hearing | 10896284 | Brett Fallon | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | Creditor, American Integrated Services, Inc. / LIVE |
| | Exide Holdings, Inc. | 20–11157 | Hearing | 10896360 | James R. Potter | (213) 269-6326 ext. | California Department of Justice | Creditor, California Department of Toxic Substances Control / LIVE |
| | Exide Holdings, Inc. | 20-1157 | Hearing | 10896815 | Abigail R. Ryan | (512) 475-4297 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Texas Commission on Enviromental Quality / LIVE |

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 10/09/2020
Calendar Time: 01:00 PM ET

*2nd Revision   Oct  9 2020  5:13AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Town Sports International, LLC | 20-12168 | Hearing | 10896118 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Creditor, Unsecured Creditors / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10890073 | Aisha Al-Muslim | (212) 416-4948 ext. | The Wall Street Journal | Media, The Wall Street Journal / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10891185 | Joshua Altman | (312) 862-2000 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC. / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10896835 | James B. Bailey | (205) 521-8378 ext. 48913 | Bradley Arant Boult Cummings LLP | Creditor, Daxko Holding, LLC. / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10890307 | Peter D. Bilowz | (617) 574-4128 ext. | Goulston & Storrs PC | Interested Party, T-C 501 Boylston / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10895218 | Mark A. Bogdanowicz | (309) 672-1483 ext. | Howard & Howard, Attorneys PLLC | Interested Party, KRG Bayonne Urban Renewal, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10895214 | Tayler Bolton | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Bankruptcy Counsel, KRG Bayonne Urban Renewal, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10891171 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10891177 | Travis G Buchanan | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10893831 | Michael Byun | (310) 552-6423 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LISTEN ONLY |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10891398 | Richard Chesley | (312) 368-3430 ext. | DLA Piper (US), LLP | Interested Party, Tacit Capital LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10894473 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Interested Party, Kennedy Lewis Investment Management, LLC / LIVE |
| | | Town Sports International, LLC | 20-12168 | Hearing | 10895976 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Ad Hoc Term Lender Group / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Town Sports International, LLC | 20-12168 | Hearing | 10896126 | Anthony De Leo | (201) 489-3000 ext. 5068 | Cole Schotz P.C. | Creditor, Unsecured Creditors / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891210 | John Didonato | (312) 880-5643 ext. | Huron Consulting Group | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10893825 | Philip Dublin | (212) 872-8083 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891212 | Jason Feintuch | (212) 497-7876 ext. | Houlihan Lokey | Debtor, Town Sports International, LLC. / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891172 | Sean T. Greecher | (302) 571-6558 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891181 | Nicole Greenblatt | (212) 446-4664 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891191 | Derek Hunter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10897023 | Ericka Johnson | (302) 252-4337 ext. | Womble Bond Dickinson (US) LLP | Creditor, BankUnited, N.A. / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10894506 | Megan E. Kenney | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Interested Party, Kennedy Lewis Investment Management, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10894636 | Hannah M. McCollum | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, U.S. Trustee / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891189 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891175 | Allison Mielke | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10893828 | Naomi Moss | (212) 872-1044 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, KLIM / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10895275 | Frank Napolitano | (925) 217-4224 ext. | Frank Napolitano - In Pro Per/Pro Se | Creditor, Frank Napolitano / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10895978 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Ad Hoc Term Lender Group / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10894976 | Melissa Pena | (917) 369-8847 ext. | Norris McLaughlin | Creditor, Yorkville Tower Associates, LLC / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891388 | Ryan Reinert | (813) 229-8900 ext. | Shutts & Bowen, LLP | Creditor, 39 W. Northfield Associates, LLC / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10898037 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Lessor, Federal Realty Investment Trust / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891393 | Matthew Sarna | (302) 468-5700 ext. | DLA Piper (US), LLP | Interested Party, Tacit Capital, LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Town Sports International, LLC | 20-12168 | Hearing | 10891202 | Nikki Sauer | (347) 267-4473 ext. | Kirkland & Ellis LLP | Debtor, Town Sports International, LLC / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891179 | Heather Smillie | (302) 571-6708 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Town Sports International, LLC. / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10896172 | Moshie Solomon | (201) 705-1471 ext. | Golenbock Eiseman Assor Bell & Peskoe LLP | Creditor, 1221 Avenue Holdings LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10890908 | Mark R. Somerstein | (212) 841-8814 ext. | Ropes & Gray LLP | Interested Party, Plymouth Rock Assurance Corporation / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10896127 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10897937 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law360 / LISTEN ONLY |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891405 | Jamila Willis | (212) 335-4500 ext. | DLA Piper (US), LLP | Interested Party, Jamila Willis / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10891215 | Christopher Wilson | (310) 712-6621 ext. | Houlihan Lokey | Debtor, Town Sports International, LLC / LIVE |
| | Town Sports International, LLC | 20-12168 | Hearing | 10898062 | Sean T Wilson | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Philips International / LIVE |