# EXHIBIT 8

Case 20-11157-CSS    Doc 950-8    Filed 10/13/20    Page 2 of 3





## Department of Toxic Substances Control



**Jared Blumenfeld**
Secretary for
Environmental Protection

Meredith Williams, Ph.D.
Director
8800 Cal Center Drive
Sacramento, California 95826-3200

**Gavin Newsom**
Governor

April 20, 2020

Ms. Grace Yeh
Exide Technologies, LLC
2700 S. Indiana Street
Vernon, CA 90058

DTSC RESPONSE TO EMERGENCY CIRCUMSTANCES/FORCE MAJEURE NOTIFICATION; EXIDE TECHNOLOGIES LLC, VERNON, CALIFORNIA; EPA ID CAD097854541

Dear Ms. Yeh:

The Department of Toxic Substances Control (DTSC) has received the Exide Technologies, LLC (Exide) letter titled "*Emergency Circumstances/Force Majeure notification to DTSC Regarding Exide Technologies, LLC Vernon, CA Matters*," dated March 21, 2020. This letter sets forth Exide's proposal to halt all ongoing closure, corrective action, decommissioning, investigation and reporting activities undertaken pursuant to the 2002 Corrective Action Consent Order, and the November 21, 2014 Stipulation and Order, HWCA No. 2014-0489, as amended (jointly the "Cleanup Orders").  Exide has stated that these actions are proposed to comply with the March 19, 2020 "Safer at Home Order for Control of COVID-19" issued by Muntu Davis, Health Officer, County of Los Angeles and/or Executive Order N-33-20 (State of California) issued by Governor Gavin Newsom on March 19, 2020 during the COVID-19 pandemic.

DTSC sent an interim response on March 27, 2020 indicating that Exide's letter had been received and that DTSC was evaluating the proposal. DTSC has concluded that Exide's Closure work, as defined in the Cleanup Orders, is essential critical infrastructure work. Exide work consists of hazardous materials response and cleanup that ensures continuity of functions critical to public health and safety during the COVID-19 pandemic. DTSC directs Exide to restart all such associated activities by April 27, 2020. Exide employees and contractors must comply with all federal, state and local health and safety measures to control the potential spread of COVID-19. Exide must also continue to use the standard health and safety measures that were in place before the COVID-19 pandemic. Nevertheless, DTSC expects that Exide will restart work by April 27, 2020.

DTSC also directs Exide to submit, for DTSC review, a plan that describes how Exide employees and contractors will comply with federal, state and local measures to control the potential spread of COVID-19 when works resumes.  This plan is due within one

week of the date of this letter.  While Exide is responsible for the health and safety of its employees and contractors, Exide must submit its plan to comply with COVID-19 measures to DTSC for review prior to resuming work.  Once work resumes Exide should continuously reevaluate the plan and day-to-day practices and procedures to comply with any new federal, state or local measures to minimize the potential spread of COVID-19.

If you would like to discuss further, please contact me at 916-255-3777 or peter.ruttan@dtsc.ca.gov.

Sincerely,

Peter Ruttan, PG
Senior Engineering Geologist, Supervisor
Exide-Corrective Action/Data Management

cc: (via e-mail)
| | |
|---|---|
| John Gasparovic, Exide | Mr. Grant Cope, DTSC |
| Keith Scott, Exide | Ms. Su Patel, DTSC |
| Jully Sieglaff, Exide | Mr. Matt Wetter, DTSC |
| Lacey Chitwood, Exide | Mr. Dan Gamon, DTSC |
| Melissa Floyd, Exide | Mr. Kevin Shipp, DTSC |
| | Mr. Peter Thyberg, DTSC |
| | Flood Permits, LA County Public Works, Land Development |
| | Jason Aspell, SCAQMD |
| | Angela Shibata, SCAQMD |
| | Fredrick Agyin, City of Vernon |