# EXHIBIT 11



# Department of Toxic Substances Control



**Jared Blumenfeld**
Secretary for
Environmental Protection

Meredith Williams, Ph.D.
Director
8800 Cal Center Drive
Sacramento, California 95826-3200



**Gavin Newsom**
Governor

July 3, 2020

Ms. Grace Yeh
Exide Technologies
2700 S. Indiana Street
Vernon, CA 90058

NOTIFICATION OF REQUIREMENT TO PERFORM INTERIM MEASURES, EXIDE
TECHNOLOGIES, LLC, VERNON, CALIFORNIA, EPA ID. NO. CAD097854541

Dear Ms. Yeh:

The Department of Toxic Substances Control (DTSC) has determined that there is an
identifiable, immediate, and potential threat to human health and the environment from
accumulated dust at various locations throughout the Exide Technologies, LLC (Exide)
facility located at 2700 South Indiana Street in Vernon. On November 21, 2019, DTSC
sampled dust on various surfaces (shelves, counters, floors, windowpanes, stored
equipment, and girders) at seven locations at the Exide Facility. Samples were collected
within and near several buildings located on the South and West Yards; the sample
locations are shown on the attached Figure 1. DTSC received the sample results on
April 21, 2020. Sample information and laboratory results are presented on Tables 1
and 2, also attached.

Lead concentrations in the dust samples collected ranged from 10,500 milligrams per
kilogram (mg/kg) to 48,800 mg/kg, which is well above the Industrial California Human
Health Screening Level (CHHSL) of 320 mg/kg for lead. Other metals, including arsenic,
barium, cadmium, and chromium, also were detected above Industrial CHHSLs. The
results of this sampling are confirmation that an identifiable, immediate, and potential
threat to human health through inhalation and/or dermal contact exists, representing a
danger to on-site workers at the facility.  A potential for off-site migration threatening
human health and the surrounding environment exists if the contaminated dust is not
removed prior to any future man-made or natural disturbances affecting the Exide
facility. Hence, DTSC hereby notifies Exide of its obligation to perform interim measures
to mitigate this threat, as required by the 2002 Corrective Action Consent Order (P3-
01/02-010) (CACO).

Ms. Grace Yeh

July 3, 2020                                                                                           Page 2

Exide is required to submit an Interim Measures Work Plan (Work Plan) within 30 days from the date of this notification for DTSC approval. (CACO, § 5.4.) The Work Plan must be prepared consistent with Attachment 3 of the CACO. (See, CACO § 5.0.)

Should you have any questions regarding this letter, please contact me at 916-255-3777 or Peter.Ruttan@dtsc.ca.gov. Questions from Exide's legal counsel must be directed to DTSC's legal counsel, Senior Staff Counsel Peter Thyberg. Mr. Thyberg can be reached at (916) 255-3246, or Peter.Thyberg@dtsc.ca.gov.

Sincerely,

Peter Ruttan, P.G.
Senior Engineering Geologist, Supervisor
Exide-Corrective Action/Data Management

Attachments:
Figure 1: Sample and Site Location Map
Table 1: On-Site Sample Information
Table 2: On-Site Sample Results
Laboratory Report


cc:(via e-mail)

Keith Scott, Exide                              Grant Cope, DTSC
Jully Sieglaff, Exide                           Su Patel, DTSC
Lacey Chitwood, Exide                       Matt Wetter, DTSC
Melissa Floyd, Exide                          Dan Gamon, DTSC
Tom Goslin, Weil, Gotshal & Manges     Kevin Shipp, DTSC
Judith Praitis, Sidley Austin                  Peter Thyberg, DTSC
                                                        Shukla Roy-Semmen, DTSC
                                                        Todd Wallbom, DTSC
                                                        Dennis Ragen, AGO
                                                        Margarita Padilla, AGO
                                                        Anthony Austin, AGO
                                                        Heather Leslie, AGO

Figure 1: Sample and Site Location Map



Table 1: On-Site Sample Information

| Sample Date | Sample ID | Location Description | Sample Type |
|---|---|---|---|
| 11/21/2019 | DTSC-01-DS-ON | Blue Lead Warehouse West Yard | dust |
| 11/21/2019 | DTSC-03-DS-ON | Machine Shop Interior West Yard | dust |
| 11/21/2019 | DTSC-04-DS-ON | Mobile Maintenance Bldg. | dust |
| 11/21/2019 | DTSC-05-DS-ON | South Yard Water Softener Bldg. | dust |
| 11/21/2019 | DTSC-06-DS-ON | South Yard Employee Services Bldg. Basement | dust |
| 11/21/2019 | DTSC-07-DS-ON | South Yard Material Storage Bldg. | dust |
| 11/21/2019 | DTSC-09-DS-ON | Engineering Bldg. Basement | dust |

Table 2: On-Site Sample Results Summary

| ECL No. | BD01261-A | | | BD01262-A | | | BD01263-A | | | BD01264-A | | | BD01265-A | | | Method Blank | | Reporting Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collector's No.** | **DTSC-01-DS-ON** | | | **DTSC-03-DS-ON** | | | **DTSC-04-DS-ON** | | | **DTSC-05-DS-ON** | | | **DTSC-06-DS-ON** | | | | | |
| Digestion Date | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | |
| Analysis Date | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | |
| Matrix Type | Dust | | | Dust | | | Dust | | | Dust | | | Dust | | | Sand | | |
| Units (mg/kg) | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | Q | |
| Antimony-Sb | 448 | 250 | | 830 | 500 | | 142 | 50 | | 238 | 250 | | 550 | 500 | | ND | | 0.2 |
| Arsenic-As | 120 | 50 | | 239 | 100 | | 38 | 50 | | 72 | 50 | | 115 | 100 | | ND | | 0.2 |
| Barium-Ba | 308 | 50 | | 471 | 100 | | 421 | 50 | | 315 | 50 | | 356 | 100 | | ND | | 0.2 |
| Beryllium-Be | ND | 50 | | ND | 100 | | ND | 50 | | ND | 50 | | ND | 100 | | ND | | 0.04 |
| Cadmium-Cd | 43 | 50 | | 94 | 100 | | 16 | 50 | | 127 | 50 | | 25 | 100 | | ND | | 0.2 |
| Chromium-Cr | 150 | 50 | | 1,200 | 100 | | 79 | 50 | | 132 | 50 | | 199 | 100 | | ND | | 0.2 |
| Cobalt-Co | 38 | 50 | | 46 | 100 | | 15 | 50 | | 30 | 50 | | ND | 100 | | ND | | 0.2 |
| Copper-Cu | 1,045 | 50 | | 1,090 | 100 | | 436 | 50 | | 525 | 50 | | 519 | 100 | | ND | | 0.2 |
| Lead-Pb | 19,600 | 1,000 | | 38,000 | 2,000 | | 10,500 | 1,000 | | 14,100 | 1,000 | | 37,400 | 2,000 | | ND | | 0.2 |
| Molybdenum-Mo | 57 | 50 | | 132 | 100 | | 17 | 50 | | 85 | 50 | | ND | 100 | | ND | | 0.2 |
| Nickel-Ni | 288 | 50 | | 1,140 | 100 | | 73 | 50 | | 102 | 50 | | 124 | 100 | | ND | | 0.2 |
| Selenium-Se | ND | 50 | | ND | 100 | | ND | 50 | | ND | 50 | | ND | 100 | | ND | | 0.2 |
| Silver-Ag | ND | 50 | | ND | 100 | | ND | 50 | | ND | 50 | | ND | 100 | | ND | | 0.2 |
| Thallium-Tl | ND | 50 | | ND | 100 | | ND | 50 | | ND | 50 | | ND | 100 | | ND | | 0.2 |
| Vanadium-V | 26 | 50 | | 37 | 100 | | 35 | 50 | | 18 | 50 | | 25 | 100 | | ND | | 0.2 |
| Zinc-Zn | 29,800 | 1,000 | | 8,450 | 500 | | 7,700 | 250 | | 32,100 | 1,000 | | 5,600 | 500 | | ND | | 0.2 |

## Table 2: Sample Results Summary

| ECL No. | BD01266-A | | | BD01267-A | | | | | | Reporting Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Collector's No.** | **DTSC-07-DS-ON** | | | **DTSC-09-DS-ON** | | | | | | |
| Digestion Date | 3/5/2020 | | | 3/5/2020 | | | | | | |
| Analysis Date | 3/11/2020 | | | 3/11/2020 | | | | | | |
| Matrix Type | Dust | | | Dust | | | | | | |
| Units (mg/kg) | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | |
| Antimony-Sb | 550 | 500 | | 1,750 | 500 | | | | | 0.2 |
| Arsenic-As | 151 | 100 | | 314 | 100 | | | | | 0.2 |
| Barium-Ba | 569 | 100 | | 310 | 100 | | | | | 0.2 |
| Beryllium-Be | ND | 100 | | ND | 100 | | | | | 0.04 |
| Cadmium-Cd | 30 | 100 | | 68 | 100 | | | | | 0.2 |
| Chromium-Cr | 129 | 100 | | 110 | 100 | | | | | 0.2 |
| Cobalt-Co | 27 | 100 | | ND | 100 | | | | | 0.2 |
| Copper-Cu | 462 | 100 | | 661 | 100 | | | | | 0.2 |
| Lead-Pb | 30,000 | 2,000 | | 48,800 | 2,000 | | | | | 0.2 |
| Molybdenum-Mo | ND | 100 | | ND | 100 | | | | | 0.2 |
| Nickel-Ni | 134 | 100 | | 123 | 100 | | | | | 0.2 |
| Selenium-Se | ND | 100 | | ND | 100 | | | | | 0.2 |
| Silver-Ag | ND | 100 | | 39 | 100 | | | | | 0.2 |
| Thallium-Tl | ND | 100 | | ND | 100 | | | | | 0.2 |
| Vanadium-V | 24 | 100 | | 31 | 100 | | | | | 0.2 |
| Zinc-Zn | 7,700 | 500 | | 5,350 | 500 | | | | | 0.2 |

Laboratory Report:



California Environmental Protection Agency
Department of Toxic Substances Control
Environmental Chemistry Laboratory
757 S. Raymond Ave., Suite 105, Pasadena, CA 91105
Telephone: (626) 304-7801

**Page** 1 **of**    22

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Requestor's Name:** Dan Gamon

**Address:** 8800 Cal Center Drive, Sacramento, CA 95826-3200

**Sampling Location:** Exide Technologies

**Address:** 2700 South Indiana Street, Vernon, CA 90058

## Table of Contents

| | Page Number |
|---|---|
| **Case Narrative** | 2 |
| **Acronyms** | 3 |
| **Analytical Reports** | 4-10 |
| **ARF Proposal Checklist** | 11-12 |
| **Authorization Request Form** | 13 |
| **Sample Analysis Requests** | 14 |
| **Photos** | 15-16 |
| **Sample Receipt Checklist** | 17-18 |
| **Email Correspondance** | 19-21 |
| **Airbill** | 22 |

**The results listed within this report pertain only to the samples tested in the laboratory. These results have been reviewed for technical correctness and completeness. This report was reviewed and approved for release.**

Report Reviewed by:

_Mario Vinoya_
Research Scientist II

_3/17/2020_
Date

Report Approved by:

Scott Giatpaiboon
Research Scientist II

_04/16/2020_
Date

*Laboratory Report - Metals*

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page 2 of** ___22___

**Sample(s) History:**

| | | | |
|---|---|---|---|
| Turn-Around Time (TAT): | Priority 3 (45 Days) | | |
| Date(s) Collected: | 11/21/2019 | | |
| Date(s) Received: | 11/22/2019 | | |
| Date(s) Extracted/Digested: | 3/5/2020 | Test Method: | 04.3050.00 |
| Date(s) Analyzed: | 3/11/2020 | Test Method: | 04.6010.00 |

**Case Narrative:**

1. Initial calibration and continuing calibration criteria were met?  ☑ Yes  ☐ No

2. Initial and Continuing Calibration blank criteria were met?  ☑ Yes  ☐ No

3. QC parameters were within control limits?  ☐ Yes  ☑ No

4. Sample holding time was met?  ☑ Yes  ☐ No

**Comments:**

If any of the above answer is "NO" please explain in detail.

[3] MS and/or MSD recoveries for antimony (Sb), barium (Ba), lead (Pb), and zinc (Zn) in sample BD01266-A were outside of the control limits. However, dilution test results for antimony (Sb), barium (Ba), and zinc (Zn) were within the control limits.  Post Spike result for lead (Pb) was within the control limit.

**Sample Prepared by:**

Cesc ___ for

Hae Lee
Research Scientist I

4/17/2020
Date

**Sample Analyzed by:**

Cesc ___ for

Hae Lee
Research Scientist I

4/17/2020
Date

*Laboratory Report - Metals*

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page 3 of** 22

## Acronym Definitions

| | |
|---|---|
| μg/kg | Micrograms per kilogram; parts per billion (ppb) |
| μg/L | Micrograms per liter; parts per billion (ppb) |
| $D_f$ | Dilution Factor |
| LCS | Laboratory Control Sample |
| LCSD | Laboratory Control Sample Duplicate |
| MB | Method Blank |
| mg/kg | Milligrams per kilogram; parts per million (ppm) |
| mg/L | Milligrams per liter; parts per million (ppm) |
| MS | Matrix Spike |
| MSD | Matrix Spike Duplicate |
| ND | Not Detected; value at a level below the quantitation limit |
| PS | Post Spike |
| Q | Qualifier Flag |
| QC | Quality Control |
| QL | Quantitation Limit = Reporting Limit x Dilution Factor |
| RPD | Relative Percent Difference |
| RT | Retention Time |
| STLC | Soluble Threshold Limit Concentration |
| TCLP | Toxicity Characteristic Leaching Procedure |
| TPH | Total Petroleum Hydrocarbon |
| TTLC | Total Threshold Limit Concentration |
| WET | Waste Extraction Test |

## Qualifier Definitions

| | |
|---|---|
| B | Analyte found in MB |
| J | Estimated value |
| M | Spike recovery below control limit |
| M2 | Spike recovery above control limit |
| NC | Not Calculated |
| P | Post Spike recovery below control limit |
| P2 | Post Spike recovery above control limit |
| R | Relative Percent Difference (RPD) exceeded control limits |

*Laboratory Report - Metals*

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page 4 of** 22

| ECL No. | BD01261-A | | | BD01262-A | | | BD01263-A | | | BD01264-A | | | BD01265-A | | | Method Blank | | Reporting Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collector's No. | DTSC-01-DS-ON | | | DTSC-03-DS-ON | | | DTSC-04-DS-ON | | | DTSC-05-DS-ON | | | DTSC-06-DS-ON | | | | | |
| Digestion Date | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | | 3/5/2020 | | |
| Analysis Date | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | | 3/11/2020 | | |
| Matrix Type | Dust | | | Dust | | | Dust | | | Dust | | | Dust | | | Sand | | |
| Units (mg/kg) | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | Q | |
| Antimony-Sb | 448 | 250 | | 830 | 500 | | 142 | 50.0 | | 238 | 250 | | 550 | 500 | | ND | | 0.2 |
| Arsenic-As | 120 | 50.0 | | 239 | 100 | | 38.2 | 50.0 | | 72.0 | 50.0 | | 115 | 100 | | ND | | 0.2 |
| Barium-Ba | 308 | 50.0 | | 471 | 100 | | 421 | 50.0 | | 315 | 50.0 | | 356 | 100 | | ND | | 0.2 |
| Beryllium-Be | ND | 50.0 | | ND | 100 | | ND | 50.0 | | ND | 50.0 | | ND | 100 | | ND | | 0.04 |
| Cadmium-Cd | 43.0 | 50.0 | | 93.7 | 100 | | 15.8 | 50.0 | | 127 | 50.0 | | 25.4 | 100 | | ND | | 0.2 |
| Chromium-Cr | 150 | 50.0 | | 1.20E+03 | 100 | | 78.5 | 50.0 | | 132 | 50.0 | | 199 | 100 | | ND | | 0.2 |
| Cobalt-Co | 37.8 | 50.0 | | 46.3 | 100 | | 15.3 | 50.0 | | 30.4 | 50.0 | | ND | 100 | | ND | | 0.2 |
| Copper-Cu | 1.05E+03 | 50.0 | | 1.09E+03 | 100 | | 436 | 50.0 | | 525 | 50.0 | | 519 | 100 | | ND | | 0.2 |
| Lead-Pb | 1.96E+04 | 1000 | | 3.80E+04 | 2000 | | 1.05E+04 | 1000 | | 1.41E+04 | 1000 | | 3.74E+04 | 2000 | | ND | | 0.2 |
| Molybdenum-Mo | 56.5 | 50.0 | | 132 | 100 | | 16.8 | 50.0 | | 84.5 | 50.0 | | ND | 100 | | ND | | 0.2 |
| Nickel-Ni | 288 | 50.0 | | 1.14E+03 | 100 | | 73.0 | 50.0 | | 102 | 50.0 | | 124 | 100 | | ND | | 0.2 |
| Selenium-Se | ND | 50.0 | | ND | 100 | | ND | 50.0 | | ND | 50.0 | | ND | 100 | | ND | | 0.2 |
| Silver-Ag | ND | 50.0 | | ND | 100 | | ND | 50.0 | | ND | 50.0 | | ND | 100 | | ND | | 0.2 |
| Thallium-Tl | ND | 50.0 | | ND | 100 | | ND | 50.0 | | ND | 50.0 | | ND | 100 | | ND | | 0.2 |
| Vanadium-V | 26.1 | 50.0 | | 36.6 | 100 | | 34.6 | 50.0 | | 18.4 | 50.0 | | 25.3 | 100 | | ND | | 0.2 |
| Zinc-Zn | 2.98E+04 | 1000 | | 8.45E+03 | 500 | | 7.70E+03 | 250 | | 3.21E+04 | 1000 | | 5.60E+03 | 500 | | ND | | 0.2 |

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page 5 of** 22

| ECL No. | BD01266-A | | | BD01267-A | | | | | | | | | | | | | | | Reporting Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collector's No. | DTSC-07-DS-ON | | | DTSC-09-DS-ON | | | | | | | | | | | | | | | |
| Digestion Date | 3/5/2020 | | | 3/5/2020 | | | | | | | | | | | | | | | |
| Analysis Date | 3/11/2020 | | | 3/11/2020 | | | | | | | | | | | | | | | |
| Matrix Type | Dust | | | Dust | | | | | | | | | | | | | | | |
| Units (mg/kg) | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | Amount | $D_f$ | Q | |
| Antimony-Sb | 550 | 500 | | 1.75E+03 | 500 | | | | | | | | | | | | | | | 0.2 |
| Arsenic-As | 151 | 100 | | 314 | 100 | | | | | | | | | | | | | | | 0.2 |
| Barium-Ba | 569 | 100 | | 310 | 100 | | | | | | | | | | | | | | | 0.2 |
| Beryllium-Be | ND | 100 | | ND | 100 | | | | | | | | | | | | | | | 0.04 |
| Cadmium-Cd | 29.9 | 100 | | 68.1 | 100 | | | | | | | | | | | | | | | 0.2 |
| Chromium-Cr | 129 | 100 | | 110 | 100 | | | | | | | | | | | | | | | 0.2 |
| Cobalt-Co | 26.5 | 100 | | ND | 100 | | | | | | | | | | | | | | | 0.2 |
| Copper-Cu | 462 | 100 | | 661 | 100 | | | | | | | | | | | | | | | 0.2 |
| Lead-Pb | 3.00E+04 | 2000 | | 4.88E+04 | 2000 | | | | | | | | | | | | | | | 0.2 |
| Molybdenum-Mo | ND | 100 | | ND | 100 | | | | | | | | | | | | | | | 0.2 |
| Nickel-Ni | 134 | 100 | | 123 | 100 | | | | | | | | | | | | | | | 0.2 |
| Selenium-Se | ND | 100 | | ND | 100 | | | | | | | | | | | | | | | 0.2 |
| Silver-Ag | ND | 100 | | 39.3 | 100 | | | | | | | | | | | | | | | 0.2 |
| Thallium-Tl | ND | 100 | | ND | 100 | | | | | | | | | | | | | | | 0.2 |
| Vanadium-V | 24.3 | 100 | | 31.1 | 100 | | | | | | | | | | | | | | | 0.2 |
| Zinc-Zn | 7.70E+03 | 500 | | 5.35E+03 | 500 | | | | | | | | | | | | | | | 0.2 |

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page** 6 **of** 22

| Quality Control Parameter | Laboratory Control Sample (LCS) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digestion Date | 3/5/2020 | | | | | | | | | | | |
| Analysis Date | 3/11/2020 | | | | | | | | | | | |
| Matrix Type | Sand | | | | | | | | | | | |
| | LCS | | | | LCS Duplicate | | | | | | Control Limits | |
| | Spike Added | Amount Recovered | Recovery | | Spike Added | Amount Recovered | Recovery | | RPD | | Recovery | RPD |
| Units (mg/kg) | | | % | Q | | | % | Q | % | Q | % | % |
| Antimony-Sb | 150 | 148 | 98.3 | | 150 | 147 | 98.0 | | 0.3 | | 80-120% | 0-20 |
| Arsenic-As | 1000 | 960 | 96.0 | | 1000 | 965 | 96.5 | | 0.5 | | 80-120% | 0-20 |
| Barium-Ba | 1000 | 1.01E+03 | 101 | | 1000 | 1.01E+03 | 101 | | 0.5 | | 80-120% | 0-20 |
| Beryllium-Be | 200 | 199 | 99.5 | | 200 | 200 | 99.8 | | 0.3 | | 80-120% | 0-20 |
| Cadmium-Cd | 1000 | 985 | 98.5 | | 1000 | 985 | 98.5 | | 0.0 | | 80-120% | 0-20 |
| Chromium-Cr | 1000 | 1.01E+03 | 101 | | 1000 | 1.02E+03 | 102 | | 0.5 | | 80-120% | 0-20 |
| Cobalt-Co | 1000 | 1.04E+03 | 104 | | 1000 | 1.05E+03 | 105 | | 0.5 | | 80-120% | 0-20 |
| Copper-Cu | 1000 | 990 | 99.0 | | 1000 | 990 | 99.0 | | 0.0 | | 80-120% | 0-20 |
| Lead-Pb | 1000 | 1.02E+03 | 102 | | 1000 | 1.03E+03 | 103 | | 0.5 | | 80-120% | 0-20 |
| Molybdenum-Mo | 1000 | 1.02E+03 | 102 | | 1000 | 1.02E+03 | 102 | | 0.5 | | 80-120% | 0-20 |
| Nickel-Ni | 1000 | 1.05E+03 | 105 | | 1000 | 1.05E+03 | 105 | | 0.5 | | 80-120% | 0-20 |
| Selenium-Se | 1000 | 980 | 98.0 | | 1000 | 980 | 98.0 | | 0.0 | | 80-120% | 0-20 |
| Silver-Ag | 150 | 147 | 98.0 | | 150 | 148 | 98.3 | | 0.3 | | 80-120% | 0-20 |
| Thallium-Tl | 1000 | 995 | 99.5 | | 1000 | 995 | 99.5 | | 0.0 | | 80-120% | 0-20 |
| Vanadium-V | 1000 | 1.00E+03 | 100 | | 1000 | 1.00E+03 | 100 | | 0.0 | | 80-120% | 0-20 |
| Zinc-Zn | 1000 | 1.00E+03 | 100 | | 1000 | 1.00E+03 | 100 | | 0.0 | | 80-120% | 0-20 |

*Laboratory Report - Metals*

Authorization No.: 19SC0064-S

ECL No(s).: BD01261-BD01267

| Quality Control Parameter | Sample Duplicate Analysis | | | | | | |
|---|---|---|---|---|---|---|---|
| Digestion Date | 3/5/2020 | | | | | | |
| Analysis Date | 3/11/2020 | | | | | | |
| Matrix Type | Dust | | | | | | |
| ECL No. | BD01267-A | | Duplicate | | RPD | | Control Limits |
| Units (mg/kg) | Amount | $D_f$ | Amount | $D_f$ | % | Q | % |
| Antimony-Sb | 1.75E+03 | 500 | 1.88E+03 | 500 | 6.9 | | 0-20 |
| Arsenic-As | 314 | 100 | 346 | 100 | 9.7 | | 0-20 |
| Barium-Ba | 310 | 100 | 299 | 100 | 3.6 | | 0-20 |
| Beryllium-Be | ND | 100 | ND | 100 | - | NC | 0-20 |
| Cadmium-Cd | 68.1 | 100 | 66.2 | 100 | 2.8 | | 0-20 |
| Chromium-Cr | 110 | 100 | 92.4 | 100 | 17.4 | | 0-20 |
| Cobalt-Co | ND | 100 | ND | 100 | - | NC | 0-20 |
| Copper-Cu | 661 | 100 | 634 | 100 | 4.2 | | 0-20 |
| Lead-Pb | 4.88E+04 | 2000 | 5.96E+04 | 2000 | 19.9 | | 0-20 |
| Molybdenum-Mo | ND | 100 | ND | 100 | - | NC | 0-20 |
| Nickel-Ni | 123 | 100 | 118 | 100 | 4.1 | | 0-20 |
| Selenium-Se | ND | 100 | ND | 100 | - | NC | 0-20 |
| Silver-Ag | 39.3 | 100 | ND | 100 | - | NC | 0-20 |
| Thallium-Tl | ND | 100 | ND | 100 | - | NC | 0-20 |
| Vanadium-V | 31.1 | 100 | 28.9 | 100 | 7.3 | | 0-20 |
| Zinc-Zn | 5.35E+03 | 500 | 5.10E+03 | 500 | 4.8 | | 0-20 |

*Laboratory Report - Metals*

**Authorization No.:** 19SC0064-S
**ECL No(s).:** BD01261-BD01267

Page 8 of    22

| Quality Control Parameter | Matrix Spike/Matrix Spike Duplicate (MS/MSD) | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Digestion Date | 3/5/2020 | | | | | | | | | | | | | | |
| Analysis Date | 3/11/2020 | | | | | | | | | | | | | | |
| Matrix Type | Dust | | | | | | | | | | | | | | |
| | | Matrix Spike (MS) | | | | | Matrix Spike Duplicate (MSD) | | | | | | RPD | | Control Limits | |
| ECL No. | BD01266-A | Spike Added | Amount Recovered | Recovery | | | Spike Added | Amount Recovered | Recovery | | | | | Recovery | RPD |
| Units (mg/kg) | Amount | | | % | $D_f$ | Q | | | % | $D_f$ | Q | % | Q | % | % |
| Antimony-Sb | 550 | 150 | 800 | 167 | 500 | M2 | 150 | 720 | 113 | 500 | | 38.1 | R | 75-125 | 0-20 |
| Arsenic-As | 151 | 1000 | 1.07E+04 | 91.9 | 100 | | 1000 | 1.03E+03 | 87.9 | 100 | | 4.4 | | 75-125 | 0-20 |
| Barium-Ba | 569 | 1000 | 1.18E+03 | 61.1 | 100 | M | 1000 | 1.12E+03 | 55.1 | 100 | M | 10.3 | | 75-125 | 0-20 |
| Beryllium-Be | ND | 200 | 188 | 94.0 | 100 | | 200 | 183 | 91.5 | 100 | | 2.7 | | 75-125 | 0-20 |
| Cadmium-Cd | 29.9 | 1000 | 989 | 95.9 | 100 | | 1000 | 957 | 92.7 | 100 | | 3.4 | | 75-125 | 0-20 |
| Chromium-Cr | 129 | 1000 | 1.05E+03 | 92.1 | 100 | | 1000 | 1.03E+03 | 90.1 | 100 | | 2.2 | | 75-125 | 0-20 |
| Cobalt-Co | 26.5 | 1000 | 972 | 94.6 | 100 | | 1000 | 937 | 91.1 | 100 | | 3.8 | | 75-125 | 0-20 |
| Copper-Cu | 462 | 1000 | 1.48E+03 | 101.8 | 100 | | 1000 | 1.43E+03 | 96.8 | 100 | | 5.0 | | 75-125 | 0-20 |
| Lead-Pb | 3.00E+04 | 1000 | 2.88E+04 | -120 | 2000 | M | 1000 | 2.96E+04 | -40.0 | 2000 | M | 100 | R | 75-125 | 0-20 |
| Molybdenum-Mo | ND | 1000 | 966 | 97.5 | 100 | | 1000 | 945 | 94.5 | 100 | | 3.1 | | 75-125 | 0-20 |
| Nickel-Ni | 134 | 1000 | 1.08E+03 | 93.6 | 100 | | 1000 | 958 | 89.6 | 100 | | 4.4 | | 75-125 | 0-20 |
| Selenium-Se | ND | 1000 | 866 | 94.6 | 100 | | 1000 | 1.08E+03 | 91.8 | 100 | | 3.0 | | 75-125 | 0-20 |
| Silver-Ag | ND | 150 | ND | 98.0 | 100 | | 150 | 884 | 96.0 | 100 | | 2.1 | | 75-125 | 0-20 |
| Thallium-Tl | ND | 1000 | 900 | 88.6 | 100 | | 1000 | ND | 85.7 | 100 | | 3.3 | | 75-125 | 0-20 |
| Vanadium-V | 24.3 | 1000 | 954 | 97.0 | 100 | | 1000 | 902 | 93.8 | 100 | | 3.4 | | 75-125 | 0-20 |
| Zinc-Zn | 7.70E+03 | 1000 | 8.48E+03 | 85.0 | 500 | | 1000 | 944 | 60.0 | 500 | M | 34.5 | R | 75-125 | 0-20 |

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page 9 of**   22

| Quality Control Parameter | Dilution Test ($D_f = 5$) | | | | |
|---|---|---|---|---|---|
| Digestion Date | 3/5/2020 | | | | |
| Analysis Date | 3/11/2020 | | | | |
| Matrix Type | Dust | | | | |
| ECL No. | BD01266-A | Diluted | RPD | | Control Limits |
| Units (mg/kg) | Amount | Amount | % | Q | % |
| Antimony-Sb | 550 | 575 | 4.4 | | 0-20 |
| Arsenic-As | | | | | 0-20 |
| Barium-Ba | 580 | 603 | 3.8 | | 0-20 |
| Beryllium-Be | | | | | 0-20 |
| Cadmium-Cd | | | | | 0-20 |
| Chromium-Cr | | | | | 0-20 |
| Cobalt-Co | | | | | 0-20 |
| Copper-Cu | | | | | 0-20 |
| Lead-Pb | | | | | 0-20 |
| Molybdenum-Mo | | | | | 0-20 |
| Nickel-Ni | | | | | 0-20 |
| Selenium-Se | | | | | 0-20 |
| Silver-Ag | | | | | 0-20 |
| Thallium-Tl | | | | | 0-20 |
| Vanadium-V | | | | | 0-20 |
| Zinc-Zn | 7.70E+03 | 8.15E+03 | 5.7 | | 0-20 |

**Authorization No.:** 19SC0064-S

**ECL No(s).:** BD01261-BD01267

**Page** 10 **of**    22

| Quality Control Parameter | Post Digestion Spike | | | | | | |
|---|---|---|---|---|---|---|---|
| Digestion Date | 3/5/2020 | | | | | | |
| Analysis Date | 3/11/2020 | | | | | | |
| Matrix Type | Dust | | | | | | |
| ECL No. | BD01266-A | Spike Added | Amount Recovered | Recovery | | | Control Limits |
| Units (mg/kg) | | | | % | $D_f$ | Q | % |
| Antimony-Sb | | | | | | | |
| Arsenic-As | | | | | | | |
| Barium-Ba | | | | | | | |
| Beryllium-Be | | | | | | | |
| Cadmium-Cd | | | | | | | |
| Chromium-Cr | | | | | | | |
| Cobalt-Co | | | | | | | |
| Copper-Cu | | | | | | | |
| Lead-Pb | 3.00E+04 | 4.00E+04 | 6.78E+04 | 94.5 | 2000 | | 75-120 |
| Molybdenum-Mo | | | | | | | |
| Nickel-Ni | | | | | | | |
| Selenium-Se | | | | | | | |
| Silver-Ag | | | | | | | |
| Thallium-Tl | | | | | | | |
| Vanadium-V | | | | | | | |
| Zinc-Zn | | | | | | | |

### Environmental Chemistry Laboratory (ECL)
### Review of Requests, Proposals, and Contracts Checklist

---

*General Information*

Preliminary ARF No.: 19 XX 0064 - S          Date of Contact: 3 / 4 / 2019

Requestor's Name: Dan Gancia          Time of Contact: 10:10 am / pm

Site Name: Exide, Vernon, CA

Communication Method:    (Telephone)    Email    In-Person

---

*ARF Proposal*

☑ Turn-Around-Time (TAT)          ☑ Review / verify Project, Activity & MPC Codes
Comments:    Level 2

☑ Review / clarify Project Objective(s)          ☑ Holding Time (HT)
  Comments:

☑ Review / clarify Test Method(s)          ☑ Sample Homogenization Procedure
Comments:                                        for difficult and/or multi-phasic matrices.
                                                 (Circle one) With or (Without) extraneous material
Contact requestor if it seems that
most or all of sample will be used
for analysis. They want to have sample leftover

☑ Review / clarify Quantitation Limit (RL or QL), if applicable for analyte(s)
Comments:

☑ Clarify if samples have already been sampled.          Sample Date: N/A
Comments:    Refer to original 19XX0064 ARF Checklist

☑ Review / clarify ECL's requirements on sample containers
  • Samples submitted for volatile chemicals (i.e. VOCs and GRO) are in separate designated
    containers without headspace.
  • Samples submitted for organic analyses must not be collected in plastic containers.
  • Separate containers for non-volatile organic test methods and inorganic test methods.
Comments:

## Environmental Chemistry Laboratory (ECL)

### Review of Requests, Proposals, and Contracts Checklist

☑ Review / clarify amount(s) or volume(s) required for each requested test method
Comments:

---

☑ Review / clarify recommended # of containers and sample amount/volume for QC samples (duplicate & MS/MSD)
Comments:

---

☑ Review / clarify prioritization of test methods in case sample amount/volume is insufficient to perform all required tests.
Comments:

---

☑ Review / clarify ECL's policy for rejection of work based on, but not limited to, the following:

1. Broken sample container(s)
2. Inappropriate container for test methods requested (i.e. VOCs and GRO, plastic containers for organic analyses, etc.)
3. Insufficient sample amount/volume
4. Difficulty with phase separation of multi-phase sample(s)
5. Improper sample preservation
6. Other issues identified during the course of analysis

Comments:

---

☑ Review / clarify that the name of the requestor should be on the chain-of-custody on the SAR form.
Comments:

---

(Circle one) Transport method:   Ship   or   Hand Delivery

Expected Sample Arrival Date: ___N/A___

**Recorded by:** Francisco Montalvan          3/4/2020
                          Name                                    Signature/Date

State of California
Environmental Protection Agency

Department of Toxic Substances Control
Environmental Chemistry Laboratory

## AUTHORIZATION REQUEST FORM (ARF)

### Part A: Requestor's information

☒ **SUPPLEMENTAL**
(Check if Supplemental Requested)

| | | | | |
|---|---|---|---|---|
| Requestor's Name: | Dan Gamon | Email: | daniel.gamon@dtsc.ca.gov | Phone: 9162553630 |
| Back-up Requestor: | Matt Wetter | Email: | matthew.wetter@dtsc.ca.gov | Phone: 9162556629 |
| Site Name: | Exide, Vernon, CA | | | |

Expected Sample Arrival Date: 11/21/2019

Turnaround Time (TAT): *Rush ☐  *Level 1 ☐  2 ☒  3 ☐     *Unit chief's approval required(for Rush or TAT Level = 1):

Project ID: DTSC301864-63      Activity ID: 11037      MPC:

### Part B: Project Objective(s) or QAPP (Questions? ECL Point of Contact: ECL Sample Management Officer at SMOFF@dtsc.ca.gov, (510) 540-3111)

Project Objective: Controlled storage and retention at ECL Pasadena for up to 1 year. Periodic samples will be collected during 2020 as demolition and closure work allows access to samples.

Special Informtion: We have decided to go ahead with the following samples to be run using the ICP method 6010 for now on the following dust and dirt samples: 1. BD01261-A 2. BD01262-A 3. BD01263-A 4. BD01264-A 5. BD01265-A 6. BD01266-A 7. BD01267-A

### Part C: Analysis Information

| Analysis Name | Test Code | Matrix | Number of Samples | Comments |
|---|---|---|---|---|
| Metals--ICP Metals Scan(16 Metals, no Mercury) | EPA 6010D | Dust | 7 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Part D: (By SMO - ECL)

Authorization Number (AN)   19SC0064-S

Lab to Receive Sample(s)   Environmental Chemistry Lab--Southern California
757 S. Raymond Ave., Suite 105, Pasadena, CA 91105
Attn: Scott A. Giatpaiboon (626)639-0286

Sample Management Officer (SMO)   Francisco Montalvan

| | | | | |
|---|---|---|---|---|
| ARF Approval Date | 3/4/2020 | (mm/dd/yy) | Expiration Date 3/18/2020 | (mm/dd/yy) |
| ARF Revision Date | | (mm/dd/yy) | ARF Revised by | |

Turnaround Time (TAT):   * Rush for public health and safety or emergency  *Level 1 = 15 days,   2 = 30 days,   3 = 45 days.

NA--Not Applicable

Page 1 of 1

07.0145.00_rev 1_9/10/2018_Approved by Quality Management Officer

State of California

California Environmental Protection Agency

*KMC 3/4/2020*

Department of Toxic Substances Control

Environmental Chemistry Laboratory

| ENVIRONMENTAL CHEMISTRY LABORATORY SAMPLE ANALYSIS REQUEST | 1. Authorization Number 19SC0064 —S | ECL No.: BDO1261 To BDO1267 | 2. Page 1 of 4 |
|---|---|---|---|

**3. Requestor:** (to Receive Results)  a. Name: Dan Gamon

b. Address: 8800 Cal Center Drive (street number)

Sacramento, CA 95826-3200 (city, state, zip)

c. Phone: (916) 255-3630 (area code first)  d. Fax: (area code first)

e. Email: daniel.gamon @dtsc.ca.gov

**4. Project Name (if applicable):** EXIDE TECHNOLOGIES

**5. TAT Level:** 3

**6. Sampling Information:**  a. Date/Time Sampled: 11/21/19 (mm/dd/yy) (#:## AM/PM)

b. Location: EPA ID No.  CAD097854541

Site: Exide Technologies

Address: 2700 South Indiana Street (street number)

Vernon, CA 90058 (city, state, zip)

GPS-Lat: 34.005939  GPS-Long: -118.19482

GPS-Alt:  GPS-Depth:

**7. Codes** (select from drop down list or fill in if applicable)

a. Unit  SMRP-Exide

b. Project ID  DTSC301864

c. Activity ID  11037

d. MPC  63

e. County  19—Los Angeles

**8. Samples:**

| a.ID | b. Collector's No. | c. ECL No. | d. Matrix | e. Container Size | f. Number of containers | g. Preservative / Field Information |
|---|---|---|---|---|---|---|
| 1 | DTSC-01-DS-ON | BDO1261-A | Dust | 8 oz clear glass jar | 1 | Collected 11/21/19 0835 |
| 2 | DTSC-02-DS-ON | | Dust | 8 oz clear glass jar | 1 | |
| 3 | DTSC-03-DS-ON | BDO1262-A | Dust | 8 oz clear glass jar | 1 | Collected 11/21/19 0900 |
| 4 | DTSC-04-DS-ON | BDO1263-A | Dust | 8 oz clear glass jar | 1 | collected 11/21/19 0915 |
| 5 | DTSC-05-DS-ON | BDO1264-A | Dust | 8 oz clear glass jar | 1 | Collected 11/21/19 0938 |
| 6 | DTSC-06-DS-ON | BDO1265-A | Dust | 8 oz clear glass jar | 1 | collected 11/21/19 1248 |
| 7 | DTSC-07-DS-ON | BDO1266-A | Dust | 8 oz clear glass jar | 1 | Collected 11/21/19 1306 |
| 8 | DTSC-08-DS-ON | | Dust | 8 oz clear glass jar | 1 | |
| 9 | DTSC-09-DS-ON | BDO1267-A | Dust | 8 oz clear glass jar | 1 | Collected 11/21/19 0815 |

**9. Analysis Requested:** Enter sample IDs and sample ID ranges separated by commas. For example, 1-3, 5-7, 9

| a. Inorganic Analysis | Sample(s) ID | b. Organic Analysis | Sample(s) ID |
|---|---|---|---|
| Metals 6010 D | 1, 3-7, 9 | | |
| | | | |
| | | | |
| | | | |

Other Metals:

| c. TCLP Analysis | | d. Other Analysis | |
|---|---|---|---|
| | | Sample Storage and Retention | 1-9 1, 3, 7, 9 |
| | | | KMC 11/25/19 |

*KMC 3/4/2020*

e. Comments for Multiphasic Samples/Analysis Priority:

**10. Analysis Objective:** Site Characterization

**11. Detection Limit Requirements:** NA

**12. Supplemental Requests:** Enter sample IDs as described in Item 9

| Desired Analysis | Sample(s) ID |
|---|---|
| NA | |

Initials

Date

**13. ECL Lab Remarks:**

**14. Chain of Custody:**

| | Name | Title | Signature | Inclusive Dates of Custody |
|---|---|---|---|---|
| a. | Dan Gamon | Sr. Eng. Geologist | | 10/2/19 to 10/21/19 |
| b. | FedEx | Shipper | 770 0871 6776 | 10/21/19 to 11/22/19 |
| c. | Karen Cruz | Environmental Scientist | | 11/22/19 to |
| d. | | | | to |
| e. | | | | to |
| f. | | | | to |
| g. | | | | to |









Book #: BK0553

Page  41  of 100

## Environmental Chemistry Laboratory - Pasadena
## Sample Receipt Checklist

Authorization Number and ECL Assigned Number (s):

# 19SC0064
# BD01261-BD01275

Date Received:  11 / 22 / 19

Time Received:  10:30 AM

Recorded by:  Karen Cruz

| Samples and Containers | Yes | No | If *No* , specify |
|---|---|---|---|
| Sample temperature range:     20.5 - 22.7  °C |  |  |  |
| Custody seal present on samples? | ✓ |  |  |
| Sample containers received in good condition? | ✓ |  |  |
| Samples received in proper container? | ✓ |  |  |
| Sample IDs clearly labeled and legible? | ✓ |  |  |
| Cooling Packing Material  Ice ____  Cooling Pack ____ | Other (Specify) ____ | N/A ✓ |  |

| Record Review (ARF Checklist, ARF, SAR, etc.) | Yes | No | If *No* , specify |
|---|---|---|---|
| Do the ARF & SAR match? (i.e. project codes, requestor info, etc.) | ✓ |  |  |
| SAR received with samples? | ✓ |  |  |
| Requestor and Sampling information on SAR complete ? | ✓ |  |  |
| Codes, Section 7, on SAR correct and complete? | ✓ |  |  |
| Collector's No. on SAR legible and match container? | ✓ |  |  |
| Matrix correctly identified on SAR? | ✓ |  |  |
| Container size correct? | ✓ |  |  |
| Number of containers correct? | ✓ |  |  |
| Samples received with proper preservation and information? | ✓ |  |  |
| Analysis correctly identified for the appropriate sample? | ✓ |  |  |
| Analysis Objective or requirement specified? (Section 10) | ✓ |  |  |
| Chain of custody correct and complete? | ✓ |  |  |
| Are additional analyses requested not in ARF? Yes ____  No ✓  If *Yes* , contact supervisor or QAO |  |  |  |
| Do samples need to be split? Yes ____  No ✓  If *Yes* , refer to TSP on sample splitting. |  |  |  |

| If sample may have insufficient amount, estimate weight: | | |
|---|---|---|
| ECL#: ____ <br> weight of sample + container: ____ <br> comparable empty container: - ____ <br> estimated weight of sample: = ____ | ECL#: ____ <br> weight of sample + container: ____ <br> comparable empty container: - ____ <br> estimated weight of sample: = ____ |
| ECL#: ____ <br> weight of sample + container: ____ <br> comparable empty container: - ____ <br> estimated weight of sample: = ____ | KHC 11/25/19 | ECL#: ____ <br> weight of sample + container: ____ <br> comparable empty container: - ____ <br> estimated weight of sample: = ____ |

| Supplemental Request Review (if necessary) | Yes | No | If *No* , specify |
|---|---|---|---|
| Supplemental request identified for sample? (Section 12) |  |  |  |
| Requestor initial and date for supplemental request? |  |  |  |

Page 1 of 2

Book #: BK0553

## Environmental Chemistry Laboratory - Pasadena
### Sample Receipt Checklist

Additional Sample Amount Estimation Worksheet

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

| ECL#: | ECL#: |
|---|---|
| weight of sample + container: | weight of sample + container: |
| comparable empty container: - | comparable empty container: - |
| estimated weight of sample: = | estimated weight of sample: = |

KMC 11/15/15

Page 2 of 2

DCN:07.0075.00_Rev4_09 10 2014_Approved by Pasadena ...

## lmc@DTSC

| | |
|---|---|
| **From:** | Wetter, Matthew@DTSC |
| **Sent:** | Monday, November 25, 2019 3:28 PM |
| **To:** | lmc@DTSC; Gamon, Daniel@DTSC |
| **Cc:** | Fernandez, Cesar@DTSC |
| **Subject:** | RE: Collector's No. |

And changing the SAR is fine on our end.

Matt Wetter, PE, QEP
Desk: (916) 255-6629
Cell: (916) 701-3313

**From:** Wetter, Matthew@DTSC
**Sent:** Monday, November 25, 2019 3:27 PM
**To:** lmc@DTSC <lmc@dtsc.ca.gov>; Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>
**Cc:** Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Yes, DTSC-03-PF-ON is dust and if you can fill that in it'd be great.
DTSC-04-SL-ON and DTSC-05-SL-ON are slag (ie a hunk of metal) which is why they are in bubble wrap, to prevent breaking the jar.
**Thanks,**
Matt Wetter, PE, QEP
Desk: (916) 255-6629
Cell: (916) 701-3313

**From:** lmc@DTSC <lmc@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 2:50 PM
**To:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>; Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>
**Cc:** Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Hi Matt and Daniel,

It would be better on our end to change the SAR to match the collector's number currently on the label.

One other question we have 3 samples that do not have matrices. One, DTSC-03-PF-ON, appears to be dust and I can fill that in if you both agree. However, DTSC-04-SL-ON and DTSC-05-SL-ON are both in bubble and we cannot determine the matrices. Can you let us know what matrices each one is?

Thank you,

**Karen M. Cruz**
Environmental Scientist
(626) 639-0507
Cal-EPA, Department of Toxic Substances Control
Environmental Chemistry Laboratory – Pasadena
757 S. Raymond Ave, Suite 105, Pasadena, CA 91105

1

Case 20-11157-CSS   Doc 950-11   Filed 10/13/20   Page 28 of 30

This communication is intended only for the individual or entity to which it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (626) 639-0507 or via e-mail at Karen.Cruz@dtsc.ca.gov, and delete this message and all attachments thereto. Thank you.

**From:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 2:39 PM
**To:** Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>; lmc@DTSC <lmc@dtsc.ca.gov>
**Cc:** Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Either way is fine here. I can also update our field notes in Survey 123 to keep the label ID as it is currently.

**From:** Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 2:35 PM
**To:** lmc@DTSC <lmc@dtsc.ca.gov>
**Cc:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>; Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Not really preferred because then we will have (another) gap in our sample numbering.
But if it is a real hassle on your end we will survive either way.

Matt Wetter, PE, QEP
Desk: (916) 255-6629
Cell: (916) 701-3313

**From:** lmc@DTSC <lmc@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 2:32 PM
**To:** Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>
**Cc:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>; Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Hi Matt,

Great. It would be easier to rename the SAR to DTSC-09-PF-ON so that they match and the label would not be affected would you like us to do this instead?

Thank you,

**Karen M. Cruz**
Environmental Scientist
(626) 639-0507
Cal-EPA, Department of Toxic Substances Control
Environmental Chemistry Laboratory – Pasadena
757 S. Raymond Ave. Suite 105, Pasadena, CA 91105

This communication is intended only for the individual or entity to which it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or

copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (626) 639-0507 or via e-mail at Karen.Cruz@dtsc.ca.gov, and delete this message and all attachments thereto. Thank you.

**From:** Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 2:28 PM
**To:** lmc@DTSC <lmc@dtsc.ca.gov>
**Cc:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>; Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** RE: Collector's No.

Hi Karen,
Thanks for the follow up.
The sample jar labeled DTSC-09-PF-ON at 14:30 should really be DTSC-01-PF-ON.
We intended to line out samples DTSC-06-PF-ON and DTSC-07-PF-ON. So you should not have a corresponding jar for them.
I confirmed this w/ Dan as well.
Thanks,

Matt Wetter, PE, QEP
Desk: (916) 255-6629
Cell: (916) 701-3313

**From:** lmc@DTSC <lmc@dtsc.ca.gov>
**Sent:** Monday, November 25, 2019 1:56 PM
**To:** Wetter, Matthew@DTSC <Matthew.Wetter@dtsc.ca.gov>
**Cc:** Gamon, Daniel@DTSC <Daniel.Gamon@dtsc.ca.gov>; Fernandez, Cesar@DTSC <Cesar.Fernandez@dtsc.ca.gov>
**Subject:** Collector's No.

Hi Matt,

I attached the image of the label of the sample that we are not sure on the collector's number. I have also attached another image of the sample itself. The collector's number on the SAR is DTSC-01-PF-ON. If you could please let us know the correct number that would be great.

If you have any questions let me know.

Thank you,
**Karen M. Cruz**
Environmental Scientist
(626) 639-0507
Cal-EPA, Department of Toxic Substances Control
Environmental Chemistry Laboratory – Pasadena
757 S. Raymond Ave. Suite 105, Pasadena, CA 91105

This communication is intended only for the individual or entity to which it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (626) 639-0507 or via e-mail at Karen.Cruz@dtsc.ca.gov, and delete this message and all attachments thereto. Thank you.



FedEx Ship Manager - Print Your Label(s)



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

Note:To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.