# EXHIBIT 13

1102504-0017867-0000001 of 0000012-C01-m1-2664-02506

Page 1 of 11

## WILMINGTON TRUST

Corporate Headquarters ·
1100 North Market Street
Wilmington, DE 19890-0001

# Accounting Statement

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**

March 01, 2020 - March 31, 2020

## Your Portfolio at a Glance

| | |
|---|---|
| Opening Market Value w/Accrued Income | $15,316,459.96 |
| Net of Contributions & Withdrawals | - |
| Net Investment Change | $7,676.49 |
| Closing Market Value w/Accrued Income | $15,324,136.45 |

## Your Relationship Team

DAVID B YOUNG
Relationship Manager
dyoung@wilmingtontrust.com

(302) 636-5216

## Accounts Included

WT NA AS TRUSTEE UNDER TRUST AGMT DTD
10/29/14 WITH EXIDE TECHNOLOGIES AS GRANTOR
109959-000



1102504        02 MB 0.913  **AUTO  T9 0 2664 30004-611850  -C01-P0Z506-I
||լ.. lլ.||.լ||..լլ||լ.||լ.|..||.լ|.||.|.|լ.|||.||.|..||.|..||..|.|լ|

EXIDE TECHNOLOGIES
13000 DEERFIELD PARKWAY
BUILDING 200
ATTN: CORP TREASURY
MILTON, GA 30004-6118

www.wilmingtontrust.com

20200402 03.38.37 : 1901961 : 3076005



# WILMINGTON
TRUST

## Accounting Statement
**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
March 01, 2020 - March 31, 2020

## Table of Contents

**Relationship Summary**

Asset Allocation..................................................................3

Accrued Income by Asset Class Summary......................3

Portfolio Valuations & Activity Summary........................4

Cash Activity Summary.....................................................5

**Asset Allocation**

Asset & Sub Asset Allocation..........................................6

**Holdings Detail**

Cash & Equivalents...........................................................7

**Activity Detail**

Transaction Activity Detail...............................................8

**Disclosures**

Statement Disclosures......................................................9

**Glossary**

Glossary............................................................................10

Please see Glossary for descriptions of key fields depicted in this statement.

www.wilmingtontrust.com

20200402 03.38.37 : 1901961 .3076005

110250-4-001788-0000003 of 0000012-C01-m1-2564-02506

# WILMINGTON TRUST

## Relationship Summary
**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
March 01, 2020 - March 31, 2020

## Asset Allocation

| Asset Class | Total Market Value | Allocation (%) |
|---|---|---|
| Cash & Equivalents | $15,316,459.96 | 100% |
| TOTAL | $15,316,459.96 | 100% |

## Accrued Income by Asset Class Summary

| Asset Class | Market Value | Accrued Income | Market Value + Accrued Income | Estimated Annual Income | Yield (%) |
|---|---|---|---|---|---|
| Cash & Equivalents | $15,316,459.96 | $7,676.49 | $15,324,136.45 | $27,569.63 | 0.18% |
| TOTAL | $15,316,459.96 | $7,676.49 | $15,324,136.45 | $27,569.63 | 0.18% |

Market Values may be generated using market quotations, closing price, mean bid or ask, or estimated market value obtained from quotation services. Mutual fund balances are incorporated into appropriate asset classifications. Derivative instruments are classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account. Asset values will fluctuate. **Estimated Annual Income** is provided for comparison purposes only. Estimated Annual Income is based on historical data or other assumptions and is not a guarantee of future results. This report should not be used to prepare tax documents. **Yield** for Cash & Equivalents is calculated based on Market Value of investments and does not include Uninvested Cash (Cash Balance or Cash Payables and Receivables for pending trades.

20200402 03.38.37 : 1901961 : 30706005



WILMINGTON
TRUST

**Relationship Summary** *(continued)*

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
March 01, 2020 - March 31, 2020

## Portfolio Valuations & Activity Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Opening Market Value** | $15,301,381.93 | $15,268,743.64 |
| Accrued Income | 15,078.03 | 16,486.16 |
| **Opening Market Value w/Accrued Income** | $15,316,459.96 | $15,285,229.80 |
| **Contributions** | | |
| Cash Receipts | | |
| Intra-Account Transfers | | |
| Other Receipts | | |
| Securities Transferred In | | |
| Tax Refunds | | |
| **Total Contributions** | - | - |
| **Withdrawals** | | |
| Cash Disbursements | | |
| Intra-Account Transfers | | |
| Other Disbursements | | |
| Other Fees | | |
| Securities Transferred Out | | |
| Tax Payments | | |
| Taxes Withheld | | |
| Wilmington Trust Fees | | |
| **Total Withdrawals** | - | - |
| **Net Contributions & Withdrawals** | - | - |
| Closing Market Value | 15,316,459.96 | 15,316,459.96 |
| Accrued Income | 7,676.49 | 7,676.49 |
| **Closing Market Value w/Accrued Income** | $15,324,136.45 | $15,324,136.45 |
| **Net Investment Change** | $7,676.49 | $7,676.49 |

### Net Investment Change Detail

| | Current Period | Year-to-Date |
|---|---|---|
| **Net Investment Change** | $7,676.49 | $38,906.65 |
| **Income Earned** | | |
| Dividends | 15,078.03 | 47,716.32 |
| Net Interest | - | - |
| Other Income | - | - |
| Change in Accrual | -7,401.54 | -8,809.67 |
| **Total Income Earned** | $7,676.49 | $38,906.65 |
| **Market Appreciation** | - | - |

Management and advisory fees charged through accounts not listed under the Market Value Summary will not be shown in this schedule. Transactions classified in Other (Receipts, Fees, and Disbursements) categories are identified in the Transaction Activity Detail.

Market Appreciation reflects your Closing Market Value w/Accrued Income, less the net of contributions, withdrawals, and income earned, less your Opening Market Value w/Accrued Income.



11U2504-0017869-0000005 of 0000012-C01-m1-2664-02506



# WILMINGTON TRUST

## Relationship Summary *(continued)*
109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR
March 01, 2020 - March 31, 2020

## Cash Activity Summary

| Category | Current Period Cash | Year-to-Date Cash |
|---|---|---|
| **Opening Balance** | $15,301,381.93 | $15,268,743.64 |
| **Receipts** | | |
| Cash Receipts | - | - |
| Dividends | - | - |
| Intra-Account Transfers | 15,078.03 | 47,716.32 |
| Maturities | - | - |
| Net Interest | - | - |
| Other Income | - | - |
| Other Receipts | - | - |
| Sales | - | - |
| Tax Refunds | - | - |
| **Total Receipts** | $15,078.03 | $47,716.32 |
| **Disbursements** | | |
| Cash Disbursements | - | - |
| Intra-Account Transfers | - | - |
| Other Disbursements | - | - |
| Other Fees | - | - |
| Purchases | - | - |
| Tax Payments | - | - |
| Taxes Withheld | - | - |
| Wilmington Trust Fees | - | - |
| **Total Disbursements** | - | - |
| **TOTAL CLOSING BALANCE** | $15,316,459.96 | $15,316,459.96 |
| Net Total Payables and Receivables | - | - |
| **NET OF CASH BALANCE** | $15,316,459.96 | $15,316,459.96 |

Opening and Total Closing Balances include holdings of cash and money market funds in USD currency.
Pending purchases, pending sales and foreign currency holdings are not included.

20200402 03.38.37 : 1901961 : 3076005

1102504-0017869-0000005 of 0000012-C01-m1-2664-02506



# WILMINGTON TRUST

## Asset Allocation

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**

March 01, 2020 - March 31, 2020

## Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | |
| Taxable | 100.00% | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $15,324,136.45 |
| **Total Cash & Equivalents** | 100.00% | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $15,324,136.45 |
| **TOTAL ASSETS** | 100% | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $15,324,136.45 |

www.wilmingtontrust.com

20200402 03.38.37 : 1901961 : 307'6005





# WILMINGTON
## TRUST

# Holdings Detail
**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
March 01, 2020 - March 31, 2020

## Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Taxable** | | | | | | | | | | |
| Taxable Money Market Funds | | | | | | | | | | |
| FEDERATED GOVERNMENT OBLIGATIONS FUND CLASS SERVICE Ticker: GOSXX; CUSIP: 60934N807 | 15,316,459.96 | $1.00 | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $27,569.63 | - | 0.18% | 100% |
| **Total Taxable Money Market Funds** | | | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $27,569.63 | - | 0.18% | 100% |
| **Total Taxable** | | | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $27,569.63 | - | 0.18% | 100% |
| **TOTAL CASH & EQUIVALENTS** | | | $15,316,459.96 | $15,316,459.96 | - | $7,676.49 | $27,569.63 | - | 0.18% | 100% |
| **Grand Total** | | | $15,316,459.96 | $15,316,459.96 | | $7,676.49 | $27,569.63 | | | 100% |
| Accrued Income | | | $7,676.49 | | | | | | | |
| **Grand Total Market Value w/ Accrued Income** | | | $15,324,136.45 | | | | | | | |

# WILMINGTON TRUST

## Activity Detail

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**

March 01, 2020 - March 31, 2020



## Transaction Activity Detail

| Trade Date Settlement Date | Transaction Type | Transaction Description | Quantity | Cash Value | Cash Management |
|---|---|---|---|---|---|
| **OPENING BALANCE** | | | | | **$15,301,381.93** |
| 03/02/2020 | Dividends | CASH RECEIPT OF DIVIDEND EARNED ON FEDERATED GOVT OBLIGATIONS CL SVC UNITS DUE 2020-02-29 | - | $15,078.03 | - |
| 03/03/2020 | Cash Management | PURCHASED 15078.03 UNITS OF FEDERATED GOVT OBLIGATIONS CL SVC AT 1 TRADE DATE 2020-03-03 | 15,078.03 | -15,078.03 | 15,078.03 |
| 03/03/2020 | Purchases | SETTLEMENT DATE 2020-03-03 | | | |
| **CLOSING BALANCE** | | | - | | **$15,316,459.96** |



1102504-0017871-0000009 of 0000012-C01-m1-2664-02506



# WILMINGTON TRUST

## Disclosures

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**

March 01, 2020 - March 31, 2020

## Statement Disclosures

**Statement Review; Limitations on Actions**

Please carefully review your statements and retain them for your records as they may contain notices, disclosures and other important information in addition to the summary of the transactions in your account for the reporting period, including contributions, distributions, transfers, and purchases and sales of securities. Summary data is also provided for off-setting investment option transfers or other transfers made between accounts.

Please report promptly any material inaccuracy or discrepancy in this information to your Relationship Manager. If revised data becomes available to Wilmington Trust after these reports are generated, we may update our records accordingly; however, revised data typically will not result in the generation of a new report.

**Fee Arrangements**

Wilmington Trust and its affiliates may earn additional compensation from uninvested cash in the form of earnings, which Wilmington Trust expects will be generated at the prevailing federal funds rate. Such earnings may be generated between the time the moneys are received by Wilmington Trust and actually forwarded to implement investment instructions, or between the time a distribution is issued and presented.

**Affiliated Advisers**

"Wilmington Trust" is a service mark encompassing the trust and investment business of Manufacturer's & Trader's Trust Company ("M&T Bank") in providing services to this account, and of some of M&T Bank's subsidiaries and affiliates, serving individual and institutional clients. Subsidiaries and affiliates include, but are not limited to, Wilmington Trust Company (operating in Delaware only); Wilmington Trust, N.A., a national association; and other registered investment adviser affiliates, Wilmington Trust Investment Advisors, Inc., and other registered investment adviser affiliates. For additional information regarding the Wilmington Trust brand, underlying entities, and products and services offered, please visit our web site at www.wilmingtontrust.com.

**Pricing and Valuation**

Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed or made available separately to you. Wilmington Trust will also send you this information upon request. To the extent Wilmington Trust has custody of assets but no investment authority over your account, you have the right at any time to receive, at no additional cost to you, written confirmations of securities transactions that occur in your account. These confirmations will be mailed to you in the timeframe required by applicable regulations. Even if you previously waived your right to receive these confirmations, you may at any time ask to receive such confirmations going forward. Please contact your Relationship Manager if you wish to have written trade confirmations mailed to you.

The investment values and estimated income information reported herein reflect the securities in your account on a trade date basis as of the close of your statement period. Pricing may reflect market price quotations, closing price, mean bid / ask price, or estimated market values obtained from various third-party quotation services which we believe to be reliable and which were available when the report was prepared. If an investment did not have a readily determinable value, then reported values are based on the last valuation available to us at the time the report was generated. For assets not custodied at Wilmington Trust, prices and values are provided by the custodian, the issuer or their administrator, and Wilmington Trust is not responsible for this information, nor can Wilmington Trust guarantee its accuracy or timeliness. Valuation for Private Equity, Private Real Estate and Other asset classes reflect the most recent information available, but are typically illiquid and may have irregular reporting. Consult your Relationship Manager for details regarding valuations for your illiquid holdings.

Reported values may not equal market value or fair value and may include accruals. Asset values will fluctuate. This report should not be used to prepare tax documents or financial statements. Information for tax reporting purposes will be reflected in your annual Wilmington Trust Tax Information Letter. Please contact your Relationship Manager if you have any questions.

**Basis and Limitations on use for Cost, Gains, and Losses.** This is not a tax document. This information is being provided for your review of transactions and balances in your account for the reporting period. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor. Unrealized Gain and Loss data is reliant upon accurate cost basis information and represents the current value of a security less the adjusted cost basis for that security. If the current value is greater than the adjusted cost basis, that position has an unrealized gain. Conversely, if value is less than cost, the position carries an unrealized loss.

The cost basis of record for securities transferred into your Wilmington Trust account may have been provided to us by a delivering firm, a transfer agent, or another adviser on a best efforts basis. Cost basis data provided through delivering firms is relied upon for this report but should be reviewed for accuracy by each client. Cost basis on fixed income securities are adjusted for amortization, accretion, or principal paydowns and the method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. Where no cost basis is available for a security as of the last day of the reporting period, that security will reflect zero as the cost basis.

**Investments: • Are NOT FDIC-Insured • Have NO Bank Guarantee • May Lose Value**

20200402 03.38.37 : 1901961 : 3076005

# WILMINGTON TRUST

## Glossary

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**

March 01, 2020 - March 31, 2020

## Glossary

**Accrued Dividend** represents dividends declared by the issuer which have not yet been paid.

**Accrued Income** represents income payments accumulated with a security (i.e., "priced in" to the security value) since the last payment date but not yet received. Income accrues daily and is reset every time accruals are paid.

**Cost** represents the reported original value of an asset adjusted for corporate actions, including stock splits, dividends, and return of capital distributions. Tax cost basis on fixed income securities are adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. This information is used to estimate capital gains and losses, however, this is not a tax document. This information is being provided for your convenience and is for informational purposes only. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor.

**Credit ratings** are used to evaluate the likelihood of default by a bond issuer. Independent rating agencies, such as Moody's Investors Service, analyze the financial strength of each bond's issuer. Moody's ratings range from Aaa (highest quality) to C (lowest quality). Bonds rated Baa3 and better are considered "Investment Grade". Bonds rated Ba1 and below are "Speculative Grade" (also "High Yield"). The **Weighted Average Credit Rating** reflects a portfolio-weighted average of ratings on individual rated bonds — non-rated bonds are excluded — it does not represent a rating of the portfolio as a whole. The weighted average is intended only as an aggregate illustration of the portfolio holdings rather than as an indication of their respective risks, as certain risks —including the risk of default of individual issues— may be underrepresented by this measure.

**Duration** is a measure of a bond's sensitivity to changes in interest rates and is calculated as the average percentage change in a bond's value under parallel shifts of the yield curve. Thus a bond with a duration of 4 would be expected to lose 1% in value (price) in the event of a 25 basis point (0.25%) increase in market rates, represented by the yield curve. Conversely, that bond would be expected to appreciate 1% in value with a 25 basis point decrease in market rates.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth by the Internal Revenue Service Code in the Emergency Economic Stabilization Act of 2008 and are, therefore, considered "noncovered" under the new cost basis reporting rules. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which have been acquired on or after their applicable dates at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

**Estimated Annual Income** is an indication of income return expected from security positions over the next 12 months assuming that the position quantities, interest /dividend rates, and prices remain constant. For U.S. government, corporate, and municipal bonds it is calculated by multiplying the coupon rate by the face value of the security. For common stocks, ADRs, REITs and mutual funds it is calculated using an indicated (projected) annual dividend. They are provided for illustrative purposes only, are not a forecast or guarantee of future results, and they should not be relied on for making investment, trading, or tax decisions.

**Estimated Yield** compares the anticipated earnings on investments (Estimated Annual Income) to the current price of the investments. Changes in the price of a security over time or in the amount of the investment held in your account will cause the estimated yield to vary. The actual yield may be higher or lower than the estimated amounts.

**Net Interest** represents the receipt of interest earned less the purchase of accrued interest on securities.

**Taxable** versus **Tax-exempt** status is determined at the security level, and not at the account type level. Thus accounts that carry a tax exemption, such as IRAs or various charitable trusts, often have holdings that are categorized as Taxable for this report. Conversely, securities classified as Tax-exempt for this report are held in taxable account types. Securities may be deemed Tax-exempt based on a tax-advantaged treatment, typically for interest payments on municipal bonds, which may not be available equally to all investors. Additionally, alternative tax treatments may mitigate or offset tax advantages reflected in this report. This report is not a tax document and should not be used for tax preparation.

**Term (Long or Short)** reflects the holding period of the security. Long term indicates a holding period one year or greater, while Short indicates a holding period less than one year.

**Trade Date** accounting is used throughout this report, unless otherwise identified, and records the purchase or sale of an asset as of the date on which an agreement to purchase/sell was entered, or a market trade executed, rather than on the settlement date (the actual delivery of the asset in exchange for payment). Thus, trades executed but pending settlement are treated as already present in the account in reliance upon successful settlement. Trade date treatment serves as a better

20200402 03.38.37 : 1901961 :g076005



1102504-0017872-0000011 of 0000012-C01-m1-2664-02506



# WILMINGTON TRUST

## Glossary
**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
March 01, 2020 - March 31, 2020

## Glossary *(continued)*

reflection of actual decisions to buy/sell than settlement date, which can occur days later.

**Unit Cost** is the reported cost per share of an equity position, or cost per bond for debt securities. It reflects the price paid, adjusted for corporate actions such as stock splits and return of capital distributions. It is used to estimate capital gains and losses; however, you should rely only on your official tax documents for tax reporting purposes. All cost basis information is derived from transactions in the account or information supplied by you or other sources and is provided for your convenience and is for informational purposes only. There is no guarantee as to the accuracy of third-party cost basis information and it is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

**Unrealized Gain/Loss** is the difference between the current value of a security and the adjusted cost basis of that security. If the current value is greater than the original cost, that position has an unrealized gain. Conversely, if the current value is less than the original cost, that position has an unrealized loss.

**Yield to Worst** assumes the "worst case" yield to investors within the terms of the issue's provisions, such as use of prepayment, call, or sinking fund options that may be available to the issuer on some bonds.

www.wilmingtontrust.com

20200402 03:38:37 : 1901961 : 3076005

# EXHIBIT 14

<u>**VIA FEDERAL EXPRESS**</u> *TRK# 7743 7116 7141*



August 26, 2015

Matthew A. Love
Director — Global Environmental
Remediation

Exide Technologies
P.O. Box 14294
Reading, PA 19612-4294
610.921.4054 tel
610.921.4062 fax
matt.love@exide.com
www.exide.com

Ms. Jenny Aievoli
Chief, Financial Assurance Unit
California Department of Toxic Substances Control
8800 Cal Center Drive, 3rd Floor
Sacramento, CA 95826-3200

Re:     Replacement of Financial Assurance Surety Bond
        Exide Technologies
        2700 South Indiana Street, Los Angeles, California
        CAD097854541

Dear Ms. Aievoli,

        Exide Technologies (Exide) currently meets a portion of the financial assurance obligations for the subject facility via Argonaut Insurance Company Surety Bond No. SUR0014560 (Argonaut Bond). Exide requests to replace the Argonaut Bond with the enclosed bond issued by Westchester Fire Insurance Company (Westchester Bond).

        Because collateral on the Argonaut Bond will be held until the DTSC accepts the Westchester Bond, anything you can do to expedite review and hopefully approve this request would very much be appreciated.

        Please contact me should you have any questions regarding the Westchester Bond or if any additional information is necessary to effectuate this change.

Sincerely,

**EXIDE TECHNOLOGIES**

Matthew A. Love
Director, Global Environmental Remediation

Enclosure

cc:     John Hogarth – Exide (w. encl.)

# FINANCIAL GUARANTEE BOND

| | | | |
|---|---|---|---|
| **Principal Name:**<br>Exide Technologies | | | |
| **Address:**<br>13000 Deerfield Parkway, Building 200<br>Milton, GA 30004 | | | |
| **Type of Organization:**<br>☐ Joint Venture ☐ Individual ☐ Partnership ☑ Corporation | | | **State of Incorporation:**<br>Delaware |
| **Bond Number:**<br>K08617818 | **Date Executed:**<br>8/24/2015 | **Effective Date:**<br>8/24/2015 | **Total Penal Sum of Bond:**<br>$11,158,854.00 |
| **Surety Name:**<br>Westchester Fire Insurance Company | | | **Total Penal Sum:**<br>$11,158,854.00 |
| **Surety Business Address:**<br>436 Walnut Street<br>Philadelphia, PA 19106 | | | |

## HAZARDOUS WASTE FACILITY(IES)/TTU(S) COVERED
(Enter closure amounts separately. All amounts must total penal amounts)

If additional space is needed, add attachment.

| Name of Facility/TTU | Address of Facility/TTU | Hazardous Waste Facility/TTU ID Number | Closure Amount | Post Closure Amount |
|---|---|---|---|---|
| Exide Technologies | 2700 South Indiana Street<br>Los Angeles, CA 90023 | CAD 097 854 541 | $7,995,910.00 | $3,162,944.00 |
| | | | Total | Total |
| | | | $7,995,910.00 | $3,162,944.00 |

KNOW ALL PERSONS BY THESE PRESENTS, THAT WE, the Principal and Surety(ies) hereto are firmly bound to the Department of Toxic Substances Control, of the State of California (hereinafter called DTSC) in the above penal sum for the payment of which we bind ourselves, our heirs, executors, administrators, successors, and assigns jointly and severally; provided that, where the Surety(ies) are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as is set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

WHEREAS said Principal is required, under state regulations, to have a permit or interim status in order to own or operate each hazardous waste management facility/TTU identified above, and

WHEREAS said Principal is required to provide financial assurance for closure, or closure and postclosure care, as a condition of the permit or interim status, and

WHEREAS said Principal shall establish a standby trust fund as is required when a surety bond is used to provide such financial assurance;

NOW, THEREFORE, the conditions of the obligation are such that if the Principal shall faithfully, before the beginning of final closure of each facility/TTU identified above, fund the standby trust fund in the amount(s) identified above for the facility/TTU,

OR, if the Principal shall fund the standby trust fund in such amount(s) within 15 days after a final order to begin closure is issued by DTSC or a U. S. District Court or other court of competent jurisdiction,

OR, if the Principal shall provide alternate financial assurance, as specified in California Code of Regulations, title 22, division 4.5, chapter 14 and 15, article 8, as applicable, and obtain written approval from DTSC of such assurance, within 90 days after the date notice of cancellation is received by both the Principal and the Director of DTSC, or designee, from the Surety(ies), then this obligation shall be null and void, otherwise it is to remain in full force and effect.

The Surety(ies) shall become liable on this bond obligation only when the Principal has failed to fulfill the conditions described above. Upon notification by DTSC that the Principal has failed to perform as guaranteed by this bond, the Surety(ies) shall place funds in the amount guaranteed for the facility(ies)/TTU(s) into the standby trust fund as directed by DTSC.

The liability of the Surety(ies) shall not be discharged by any payment of or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penal sum of the bond, but in no event shall the obligation of the Surety(ies) hereunder exceed the amount of said penal sum.

The Surety(ies) may cancel the bond by sending notice of cancellation by certified mail to the Principal and to DTSC, provided, however, that cancellation shall not occur during the 120 days beginning on the date of receipt of the notice of cancellation by both the Principal and DTSC, as evidenced by the return receipts.

The Principal may terminate this bond by sending written notice to the Surety(ies), provided, however, that no such notice shall become effective until the Surety(ies) receive(s) written authorization for termination of the bond from DTSC.

In the event this bond is used in combination with another mechanism, this policy shall be considered primary coverage.

~~Principal and Surety(ies) hereby agree to adjust the penal sum of the bond yearly so that it guarantees a new closure and/or postclosure amount, provided that the penal sum does not increase by more than 20 percent in any one year, and no decrease in the penal sum takes place without the written permission of DTSC.~~

**[The preceding paragraph is an optional rider. Please line out if not included.]**

IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this Financial Guarantee Bond and have affixed their seals on the date set forth above.

The persons whose signatures appear below hereby certify that they are authorized to execute this surety bond on behalf of the Principal and Surety(ies), that the wording of this surety bond is identical to the wording specified in California Code of Regulations, title 22, section 66264.151, subsection (b), and is being executed in accordance with the requirements of California Code of Regulations, title 22, division 4.5, chapter 14 and 15, article 8.

| Principal Name:<br>Exide Technologies | Corporate Surety Name:<br>Westchester Fire Insurance Company | |
|---|---|---|
| Address:<br>13000 Deerfield Parkway, Building 200<br>Milton, GA 30004 | Address:<br>436 Walnut Street<br>Philadelphia, PA 19106 | |
| State of incorporation:<br>Delaware | State of incorporation:<br>Pennsylvania | |
| Principal Signature: | Signature: | Title:<br>Attorney-in-Fact |
| Typed or Printed Name of Person Signing:<br>Nicholas J. Iuanow | Typed or Printed Name of Person Signing:<br>Frank Kinnett (CA License # 0E97688) | |
| Title:<br>Senior Vice President – Corporate Development and Treasurer | Bond Premium:<br>$390,560.00 | Liability Limit:<br>$11,158,854.00 |
| Corporate Seal: | Corporate Seal: | |

[For every co-surety, provide signature(s), corporate seal, and other information in the same manner as for the Surety above.]

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

State of  Georgia _____ ⎫
                                  ⎬
County of  Fulton _____ ⎭

On _____ August 24, 2015 _____ before me,  Renae Suzanne Parent, Notary Public _____
                 Date                                        Name and Title of Notary

personally appeared ___ Frank Kinnett _____
                                          Name and or Names of Signer(s)

Who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of
the State of California that the foregoing paragraph is true
and correct.

Witness my hand and official seal.

Signature  _Renae Suzanne Parent_____
                  Notary Public Signature
            Renae Suzanne Parent, Notary Public

                                                    Place Notary Public Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to the persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document _____

Document Date _____ Number of Pages: _____

Signer's Name: _____

| | |
|---|---|
| ☐ Individual | ☐ Individual |
| ☐ Corporate Officer – Title(s):_____ | ☐ Corporate Officer – Title(s):_____ |
| ☐ Partner - ☐ Limited ☐ General | ☐ Partner - ☐ Limited ☐ General |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☒ Attorney-in-Fact | ☐ Attorney-in-Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is representing _____ | Signer is representing _____ |

RIGHT THUMBPRINT OF SIGNER
Top of thumb

RIGHT THUMBPRINT OF SIGNER
Top of thumb

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

## *Power of Attorney*

# WESTCHESTER FIRE INSURANCE COMPANY

**Know all men by these presents:** That **WESTCHESTER FIRE INSURANCE COMPANY**, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

Does hereby nominate, constitute and appoint Frank Kinnett, John E Genet, all of the City of ATLANTA, Georgia, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed and any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Fifty million dollars & zero cents ($50,000,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 11 day of August 2015.

WESTCHESTER FIRE INSURANCE COMPANY

*Stephen M. Haney , Vice President*

COMMONWEALTH OF PENNSYLVANIA    ss.
COUNTY OF PHILADELPHIA

On this 11 day of August, AD. 2015 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Sept. 25, 2018

*Notary Public*

I, the undersigned Assistant Secretary of the **WESTCHESTER FIRE INSURANCE COMPANY**, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 24th day of August, 2015

*William L. Kelly, Assistant Secretary*

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER August 11, 2017.

DocuGard #04546 contains a security pantograph, blue background, heat-sensitive ink, coin-reactive watermark, and microtext printing on border.

# WILMINGTON TRUST

Corporate Headquarters
1100 North Market Street
Wilmington, DE 19890-0001

## Accounts Included

WT NA AS TRUSTEE UNDER TRUST AGMT DTD
10/29/14 WITH EXIDE TECHNOLOGIES AS GRANTOR
109959-000

# Accounting Statement

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Your Portfolio at a Glance

| | |
|---|---|
| Opening Market Value w/Accrued Income | $15,324,997.45 |
| Net of Contributions & Withdrawals | - |
| Net Investment Change | $142.94 |
| **Closing Market Value w/Accrued Income** | **$15,325,140.39** |

## Your Relationship Team

**DAVID B YOUNG**                                    (302) 636-5216
Relationship Manager
dyoung@wilmingtontrust.com



11.02139        03 MB 1.113  *AUTO   T4 0 2793 30004-611850   -C01-P02141-I

EXIDE TECHNOLOGIES
13000 DEERFIELD PARKWAY
BUILDING 200
ATTN: CORP TREASURY
MILTON, GA 30004-6118

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

# WILMINGTON TRUST

## Accounting Statement

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Table of Contents

**Relationship Summary**

Asset Allocation .................................................. 3

Accrued Income by Asset Class Summary ........................ 3

Portfolio Valuations & Activity Summary ........................ 4

Cash Activity Summary ........................................... 5

**Asset Allocation**

Asset & Sub Asset Allocation .................................... 6

**Holdings Detail**

Cash & Equivalents ............................................... 7

**Activity Detail**

Transaction Activity Detail ....................................... 8

**Disclosures**

Statement Disclosures ............................................ 9

**Glossary**

Glossary .......................................................... 10

Please see Glossary for descriptions of key fields depicted in this statement.

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

# Relationship Summary

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

WILMINGTON TRUST

## Asset Allocation

| Asset Class | Total Market Value | Allocation (%) |
|---|---|---|
| Cash & Equivalents | $15,324,997.45 | 100% |
| TOTAL | $15,324,997.45 | 100% |

## Accrued Income by Asset Class Summary

| Asset Class | Market Value | Accrued Income | Market Value + Accrued Income | Estimated Annual Income | Yield (%) |
|---|---|---|---|---|---|
| Cash & Equivalents | $15,324,997.45 | $142.94 | $15,325,140.39 | $1,532.50 | 0.01% |
| TOTAL | $15,324,997.45 | $142.94 | $15,325,140.39 | $1,532.50 | 0.01% |

Market Values may be generated using market quotations, closing price, mean bid or ask, or estimated market value obtained from quotation services. Mutual fund balances are incorporated into appropriate asset classifications. Derivative instruments are classified based upon the corresponding underlying security and does not represent a comprehensive risk assessment of your account.
Asset values will fluctuate. **Estimated Annual Income** is provided for comparison purposes only. Estimated Annual Income is based on historical data or other assumptions and is not a guarantee of future results. This report should not be used to prepare tax documents.
Yield for Cash & Equivalents is calculated based on Market Value of Investments and does not include Uninvested Cash (Cash Balance) or Cash Payables and Receivables for pending trades.

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110213900015647-0000003 of 0000012-C01-m1-2793-02141

# WILMINGTON TRUST

## Relationship Summary *(continued)*
**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Portfolio Valuations & Activity Summary

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Opening Market Value** | **$15,324,809.16** | **$15,268,743.64** |
| Accrued Income | 188.29 | 16,486.16 |
| **Opening Market Value w/Accrued Income** | **$15,324,997.45** | **$15,285,229.80** |
| **Contributions** | | |
| Cash Receipts | - | - |
| Intra-Account Transfers | - | - |
| Other Receipts | - | - |
| Securities Transferred In | - | - |
| Tax Refunds | - | - |
| **Total Contributions** | - | - |
| **Withdrawals** | | |
| Cash Disbursements | - | - |
| Intra-Account Transfers | - | - |
| Other Disbursements | - | - |
| Other Fees | - | - |
| Securities Transferred Out | - | - |
| Tax Payments | - | - |
| Taxes Withheld | - | - |
| Wilmington Trust Fees | - | - |
| **Total Withdrawals** | - | - |
| **Net Contributions & Withdrawals** | - | - |
| Closing Market Value | 15,324,997.45 | 15,324,997.45 |
| Accrued Income | 142.94 | 142.94 |
| **Closing Market Value w/Accrued Income** | **$15,325,140.39** | **$15,325,140.39** |
| **Net Investment Change** | **$142.94** | **$39,910.59** |

## Net Investment Change Detail

| Category | Current Period | Year-to-Date |
|---|---|---|
| **Net Investment Change** | **$142.94** | **$39,910.59** |
| **Income Earned** | | |
| Dividends | 188.29 | 56,253.81 |
| Net Interest | - | - |
| Other Income | - | - |
| Change in Accrual | -45.35 | -16,343.22 |
| **Total Income Earned** | **$142.94** | **$39,910.59** |
| **Market Appreciation** | - | - |

Management and advisory fees charged through accounts not listed under the Market Value Summary will not be shown in this schedule. Transactions classified in Other (Receipts, Fees, and Disbursements) categories are identified in the Transaction Activity Detail.

Market Appreciation reflects your Closing Market Value w/Accrued Income, less the net of contributions, withdrawals, and income earned, less your Opening Market Value w/Accrued Income.

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110213900156422-0000004 of 0000012-C01-m1-2793-02141



# WILMINGTON TRUST

## Cash Activity Summary

**Relationship Summary** *(continued)*
109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR
September 01, 2020 - September 30, 2020

| Category | Current Period Cash | Year-to-Date Cash |
|---|---|---|
| **Opening Balance** | $15,324,809.16 | $15,268,743.64 |
| **Receipts** | | |
| Cash Receipts | - | - |
| Dividends | 188.29 | 56,253.81 |
| Intra-Account Transfers | - | - |
| Maturities | - | - |
| Net Interest | - | - |
| Other Income | - | - |
| Other Receipts | - | - |
| Sales | - | - |
| Tax Refunds | - | - |
| **Total Receipts** | $188.29 | $56,253.81 |
| **Disbursements** | | |
| Cash Disbursements | - | - |
| Intra-Account Transfers | - | - |
| Other Disbursements | - | - |
| Other Fees | - | - |
| Purchases | - | - |
| Tax Payments | - | - |
| Taxes Withheld | - | - |
| Wilmington Trust Fees | - | - |
| **Total Disbursements** | - | - |
| **TOTAL CLOSING BALANCE** | $15,324,997.45 | $15,324,997.45 |
| Net Total Payables and Receivables | - | |
| **NET OF CASH BALANCE** | $15,324,997.45 | |

Opening and Total Closing Balances include holdings of cash and money market funds in USD currency.
Pending purchases, pending sales and foreign currency holdings are not included.

# WILMINGTON TRUST

## Asset Allocation

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Asset & Sub Asset Allocation

| Asset Class | Total Market Value (%) | Closing Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Market Value w/ Accrued Income |
|---|---|---|---|---|---|---|
| **Cash & Equivalents** | | | | | | |
| Taxable | 100.00% | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $15,325,140.39 |
| **Total Cash & Equivalents** | **100.00%** | **$15,324,997.45** | **$15,324,997.45** | **-** | **$142.94** | **$15,325,140.39** |
| **TOTAL ASSETS** | **100%** | **$15,324,997.45** | **$15,324,997.45** | **-** | **$142.94** | **$15,325,140.39** |

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110Z139-0015673-0000006 of 0000012-C01-mt-2783-02141

# WILMINGTON TRUST

## Holdings Detail

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

### Cash & Equivalents

| Security Name | Quantity | Market Price | Market Value | Cost | Unrealized Gain/Loss | Accrued Income | Estimated Annual Income | Effective Duration | Yield to Worst (%) | Market Value (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Taxable** | | | | | | | | | | |
| **Taxable Money Market Funds** | | | | | | | | | | |
| FEDERATED HERMES GOVERNMENT OBLIGATIONS FUND CLASS SS Ticker: GOSXX; CUSIP: 60934N807 | 15,324,997.45 | $1.00 | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $1,532.50 | - | 0.01% | 100% |
| **Total Taxable Money Market Funds** | | | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $1,532.50 | - | 0.01% | 100% |
| **Total Taxable** | | | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $1,532.50 | - | 0.01% | 100% |
| **TOTAL CASH & EQUIVALENTS** | | | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $1,532.50 | - | 0.01% | 100% |
| | | | | | | | | | | |
| **Grand Total** | | | $15,324,997.45 | $15,324,997.45 | - | $142.94 | $1,532.50 | | | 100% |
| Accrued Income | | | $142.94 | | | | | | | |
| **Grand Total Market Value w/ Accrued Income** | | | $15,325,140.39 | | | | | | | |

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110213901015674-0000007 of 0000012-C01-m1-2793-02141



# WILMINGTON TRUST

## Activity Detail

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Transaction Activity Detail

| Trade Date Settlement Date | Transaction Type | Transaction Description | Quantity | Cash Value | Cash Management |
|---|---|---|---|---|---|
| **OPENING BALANCE** | | | | - | **$15,324,809.40** |
| 09/01/2020 | Dividends | CASH RECEIPT OF DIVIDEND EARNED ON FEDERATED HERMES GOVERNMENT OBL SS UNITS DUE 2020-08-31 | - | $188.29 | 188.29 |
| 09/02/2020 09/02/2020 | Cash Management Purchases | PURCHASED 188.29 UNITS OF FEDERATED HERMES GOVERNMENT OBL SS AT 1 TRADE DATE 2020-09-02 SETTLEMENT DATE 2020-09-02 | 188.29 | -188.29 | |
| **CLOSING BALANCE** | | | | - | **$15,324,997.69** |

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110213y-0015674-0000008 of 0000012-C01-m1-2793-02141

# WILMINGTON TRUST

## Disclosures

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Statement Disclosures

### Statement Review; Limitations on Actions

Please carefully review your statements and retain them for your records as they may contain notices, disclosures and other important information in addition to the summary of the transactions in your account for the reporting period, including contributions, distributions, transfers, and purchases and sales of securities. Summary data is also provided for off-setting investment option transfers or other transfers made between accounts.

Please report promptly any material inaccuracy or discrepancy in this information to your Relationship Manager. If revised data becomes available to Wilmington Trust after these reports are generated, we may update our records accordingly; however, revised data typically will not result in the generation of a new report.

### Fee Arrangements

Wilmington Trust and its affiliates may earn additional compensation from uninvested cash in the form of earnings, which Wilmington Trust expects will be generated at the prevailing federal funds rate. Such earnings may be generated between the time the moneys are received by Wilmington Trust and actually forwarded to implement investment instructions, or between the time a distribution is issued and presented.

### Affiliated Advisers

"Wilmington Trust" is a service mark encompassing the trust and investment business of Manufacturer's & Trader's Trust Company ("M&T Bank") in providing services to this account, and of some of M&T Bank's subsidiaries and affiliates, serving individual and institutional clients. Subsidiaries and affiliates include, but are not limited to, Wilmington Trust Company (operating in Delaware only); Wilmington Trust, N.A., a national association; and Wilmington Funds Management Corp., Wilmington Trust Investment Advisors, Inc., and other registered investment adviser affiliates. For additional information regarding the Wilmington Trust brand, underlying entities, and products and services offered, please visit our web site at www.wilmingtontrust.com.

### Pricing and Valuation

Details of transaction charges and commissions are displayed on transaction confirmations, which have been mailed or made available separately to you. Wilmington Trust will also send you this information upon request. To the extent Wilmington Trust has custody of assets but no investment authority over your account, you have the right at any time to receive, at no additional cost to you, written confirmations of securities transactions that occur in your account. These confirmations will be mailed to you in the timeframe required by applicable regulations. Even if you previously waived your right to receive these confirmations, you may at any time ask to receive such confirmations going forward. Please contact your Relationship Manager if you wish to have written trade confirmations mailed to you.

The investment values and estimated income information reported herein reflect the securities in your

account on a trade date basis as of the close of your statement period. Pricing may reflect market price quotations, closing price, mean bid / ask price, or estimated market values obtained from various third-party quotation services which we believe to be reliable and which were available with the report was prepared. If an investment did not have a readily determinable value, then reported values are based on the last valuation available to us at the time the report was generated. Certain assets not custodied at Wilmington Trust, prices and values are provided by the custodian, the issu or their administrator, and Wilmington Trust is not responsible for this information, nor c Wilmington Trust guarantee its accuracy or timeliness. Valuation for Private Equity, Private R Estate and Other asset classes reflect the most recent information available, but are typically illiqu and may have irregular reporting. Consult your Relationship Manager for details regarding valuatio for your illiquid holdings.

Reported values may not equal market value or fair value and may include accruals. Asset values will fluctuate. This report should not be used to prepare tax documents or financial statements Information for tax reporting purposes will be reflected in your annual Wilmington Trust Information Letter. Please contact your Relationship Manager if you have any questions.

**Basis and limitations on use for Cost, Gains, and Losses.** This is not a tax document. Th information is being provided for your review of transactions and balances in your account for the reporting period. You should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor. Unrealized Gain and Loss dat is reliant upon accurate cost basis information and represents the current value of a security less adjusted cost basis for that security. If the current value is greater than the adjusted cost basis, the position has an unrealized gain. Conversely, if value is less than cost, the position carries unrealized loss.

The cost basis of record for securities transferred into your Wilmington Trust account may have been provided to us by a delivering firm, a transfer agent, or another adviser on a best efforts basis. Cost basis data provided through delivering firms is relied upon for this report but should be reviewed accuracy by each client. Cost basis on fixed income securities are adjusted for amortization, accretion or principal paydowns and the method of calculation is based upon the type of fixed income securi and certain attributes, obtained from sources believed to be reliable. Where no cost basis is available for a security as of the last day of the reporting period, that security will reflect zero as the cost basis

Investments: • Are NOT FDIC-Insured • Have NO Bank Guarantee • May Lose Value

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

1102139.00015675-0000000 of 0000012 C01-m1-2793-02141



# Glossary

## Glossary

**109959-000 - THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

**Accrued Dividend** represents dividends declared by the issuer which have not yet been paid.

**Accrued Income** represents income payments accumulated with a security (i.e., "priced in" to the security value) since the last payment date but not yet received. Income accrues daily and is reset every time accruals are paid.

**Cost** represents the reported original value of an asset adjusted for corporate actions, including stock splits, dividends, and return of capital distributions. Tax cost basis on fixed income securities are adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. This information is used to estimate capital gains and losses; however, this is not a tax document. This information is being provided for your convenience and is for informational purposes only. For tax reporting, you should rely on your official tax documents. Transactions requiring tax consideration should be reviewed with your tax advisor.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth by the Internal Revenue Service Code in the Emergency Economic Stabilization Act of 2008 and are, therefore, considered "noncovered" under the new cost basis reporting rules. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their applicable dates at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

**Credit ratings** are used to evaluate the likelihood of default by a bond issuer. Independent rating agencies, such as Moody's Investors Service, analyze the financial strength of each bond's issuer. Moody's ratings range from Aaa (highest quality) to C (lowest quality). Bonds rated Baa3 and better are considered "Investment Grade". Bonds rated Ba1 and below are "Speculative Grade" (also "High Yield"). The **Weighted Average Credit Rating** reflects a portfolio-weighted average of ratings on individual rated bonds – non-rated bonds are excluded – it does not represent a rating of the portfolio as a whole. The weighted average is intended only as an aggregate illustration of the portfolio holdings rather than as an indication of their respective risks, as certain risks –including the risk of default of individual issues– may be underrepresented by this measure.

**Duration** is a measure of a bond's sensitivity to changes in interest rates and is calculated as the average percentage change in a bond's value under parallel shifts of the yield curve. Thus a bond with a duration of 4 would be expected to lose 1% in value (price) in the event of a 25 basis point (0.25%) increase in market rates, represented by the yield curve. Conversely, that bond would be expected to appreciate 1% in value with a 25 basis point decrease in market rates.

**Estimated Annual Income** is an indication of income return expected from security positions over the next 12 months assuming that the position quantities, interest/dividend rates, and prices remain constant. For U.S. government, corporate, and municipal bonds it is calculated by multiplying the coupon rate by the face value of the security. For common stocks, ADRs, REITs and mutual funds it is calculated using an indicated (projected) annual dividend. They are provided for illustrative purposes only, are not a forecast or guarantee of future results, and they should not be relied on for making investment, trading, or tax decisions.

**Estimated Yield** compares the anticipated earnings on investments (Estimated Annual Income) to the current price of the investments. Changes in the price of a security over time or in the amount of the investment held in your account will cause the estimated yield to vary. The actual yield may higher or lower than the estimated amounts.

**Net Interest** represents the receipt of interest earned less the purchase of accrued interest securities.

**Taxable** versus **Tax-exempt** status is determined at the security level, and not at the account type level. Thus accounts that carry a tax exemption, such as IRAs or various charitable trusts, often have holdings that are categorized as Taxable for this report. Conversely, securities classified Tax-exempt for this report are held in taxable account types. Securities may be deemed Tax-exempt based on a tax-advantaged treatment, typically for interest payments on municipal bonds, which may not be available equally to all investors. Additionally, alternative tax treatments may mitigate offset tax advantages reflected in this report. This report is not a tax document and should not be used for tax preparation.

**Term (Long or Short)** reflects the holding period of the security. Long term indicates a holding period one year or greater, while Short indicates a holding period less than one year.

**Trade Date** accounting is used throughout this report, unless otherwise identified, and records the purchase or sale of an asset as of the date on which an agreement to purchase/sell was entered, on market trade executed, rather than on the settlement date (the actual delivery of the asset in exchange for payment). Thus, trades executed but pending settlement are treated as already present in the account in reliance upon successful settlement. Trade date treatment serves as a better

1102139-001596575-0000010 / of 0000012 CT01-CT01-2793-02141

20201002 02.49.30 : 1901961 : 4122028

# Glossary

**109959-000 · THE CLOSURE FINANCIAL ASSURANCE TR**
September 01, 2020 - September 30, 2020

## Glossary *(continued)*

reflection of actual decisions to buy/sell than settlement date, which can occur days later.

**Unit Cost** is the reported cost per share of an equity position, or cost per bond for debt securities. It reflects the price paid, adjusted for corporate actions such as stock splits and return of capital distributions. It is used to estimate capital gains and losses; however, you should rely only on your official tax documents for tax reporting purposes. All cost basis information is derived from transactions in the account or information supplied by you or other sources and is provided for your convenience and is for informational purposes only. There is no guarantee as to the accuracy of third-party cost basis information and it is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

**Unrealized Gain/Loss** is the difference between the current value of a security and the adjusted cost basis of that security. If the current value is greater than the original cost, that position has an unrealized gain. Conversely, if the current value is less than the original cost, that position has an unrealized loss.

**Yield to Worst** assumes the "worst case" yield to investors within the terms of the issue's provisions, such as use of prepayment, call, or sinking fund options that may be available to the issuer on some bonds.

www.wilmingtontrust.com

20201002 02.49.30 : 1901961 : 4122028

110Z139-0015676-0000011 of 0000012-COT-m1-2793-02141