## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                     :
In re                                :        Chapter 11
                                     :
EXIDE HOLDINGS, INC., et al.,        :        Case No. 20–11157 (CSS)
                                     :
            Debtors.¹                :        (Jointly Administered)
                                     :
                                     :
------------------------------------------------------------ x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 15, 2020 AT 11:00 A.M. (ET)

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TOPIC: EXIDE HEARING 20-11157
TIME: OCTOBER 15, 2020 11:00 AM EASTERN TIME (US AND CANADA)**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:**

**JOIN ZOOMGOV MEETING
https://debuscourts.zoomgov.com/j/1604857544**

**MEETING ID: 160 485 7544
PASSWORD: 634229**

**TO APPEAR TELEPHONICALLY,
PARTIES SHOULD CONTACT COURTCALL, LLC
AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

I.      **UNCONTESTED MATTERS GOING FORWARD:**

1.      The Ad Hoc Committee's Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Ad Hoc Committee Leave and Permission to File the Reply of the Ad Hoc Committee to the California DTSC's Preliminary Confirmation Objection and in Support of Confirmation of the Debtors' Third Amended Plan [Docket No. 951 – filed October 13, 2020]

   Objection / Response Deadline:          At the hearing.

   Objection / Responses Received:         None.

   Related Documents:

   i.      Reply of the Ad Hoc Committee to the California DTSC's Preliminary Confirmation Objection and in Support of Confirmation of the Debtors' Third Amended Plan [Docket No. 947 – filed October 13, 2020]

   Status:  The hearing on this matter is going forward.

2.      Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Memorandum [Docket No. 953 - filed October 13, 2020]

   Objection / Response Deadline:          At the hearing.

   Objection / Responses Received:         None.

   Related Documents:

   i.      Debtors' (I) Memorandum of Law in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto [Docket No. 942 - filed October 12, 2020]

   Status:  The hearing on this matter is going forward.

II.     **CONFIRMATION HEARING:**

3.      Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 941 – filed October 12, 2020]

   Objection / Response Deadline:          October 7, 2020 at 4:00 p.m. (ET)

2

Objection / Responses Received:

A.      Objection of Westchester Fire Insurance Company to Confirmation of Debtors' Amended Chapter 11 Plan [Docket No. 849 – filed September 21, 2020]

B.      Objection and Reservation of Rights of Victor Koelsch to Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 850 – filed September 21, 2020]

C.      Objection to the Sale of Property (filed by Adamo Auctions Inc.) [Docket No. 883 – filed September 25, 2020]

D.      Objection of Westchester Fire Insurance Company to Confirmation of Debtors' Second Amended Joint Chapter 11 Plan [Docket No. 915 – filed October 7, 2020]

E.      Objection of American Integrated Services, Inc. to the Confirmation of the Second Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 916 – filed October 7, 2020]

F.      California Department of Toxic Substances Control's Preliminary Objection to Confirmation of Second Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 871] [Docket No. 917 – filed October 7, 2020]

        i.      Notice of Errata and Notice of Filing Corrected Exhibit [Docket No. 931 – filed October 9, 2020]

        ii.     Notice of Errata and Notice of Filing Corrected Exhibit [Docket No. 932 – filed October 9, 2020]

G.      Limited Confirmation Objection and Reservation of Rights of Infor (US), Inc. [Docket No. 923 – filed October 8, 2020]

H.      Objection to Confirmation of Second Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors (filed by ACR III Edison Holdings, LLC) [Docket No. 924 – filed October 9, 2020]

I.      Joinder of American Integrated Services, Inc. to the Confirmation of Objection of ACR III Edison Holdings LLC [Docket No. 936 – filed October 12, 2020]

Cure Objections:

A.      Objection of American Integrated Services, Inc. to Proposed Cure Amounts [Docket No. 854 – filed September 21, 2020]

3

B.  Objection and Reservation of Rights of Golder Associates, Inc. to Debtors' Proposed Cure Amount [Docket No. 855 – filed September 21, 2020]

<u>Related Documents</u>:

i.  Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 742 – filed August 14, 2020]

ii.  Amended Disclosure Statement for Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 743 – filed August 14, 2020]

iii.  Notice of Filing of Blacklines of Solicitation Versions of the Plan and Disclosure Statement [Docket No. 744 – filed August 14, 2020]

iv.  Order (I) Conditionally Approving the Disclosure Statement, (II) Establishing Solicitation, Voting, and Tabulation Procedures, (III) Scheduling A Combined Hearing, (IV) Establishing Notice and Objection Procedures for Final Approval of Disclosure Statement and Confirmation of Plan, And (V) Granting Related Relief [Docket No. 745 – entered August 14, 2020]

v.  Notice of (I) Hearing to Approve (A) Disclosure Statement on A Final Basis, (B) Plan, and (C) Europe/Row Sale Transaction; (II) Confirmation Objection Procedures; (III) Establishment of Voting Record Date, and (IV) Procedures and Deadline for Voting on the Plan [Docket No. 747 – filed August 15, 2020]

vi.  Affidavit of Publication [Docket No. 798 – filed August 28, 2020]

vii.  Notice of Filing of Plan Supplement [Docket No. 821 – filed September 10, 2020]

viii.  Notice of Filing of Second Plan Supplement [Docket No. 825 – filed September 12, 2020]

ix.  Notice of Lodging of Consent Decree and Settlement Agreement Regarding the Non-Performing Properties [Docket No. 869 – filed September 22, 2020]

x.  Second Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 871 – filed September 23, 2020]

xi.  Notice of Filing of Blackline of Amended Plan [Docket No. 872 – filed September 23, 2020]

4

xii.    Notice of Filing of Identities, Compensation and Affiliation to the Debtors of Members of the New Board and Plan Administrator [Docket No. 938 - filed October 12, 2020]

xiii.    Notice of Filing of Third Plan Supplement [Docket No. 939 - filed October 12, 2020]

xiv.    Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 940 – filed October 12, 2020]

xv.    Debtors' (I) Memorandum of Law in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto [Docket No. 942 - filed October 12, 2020]

xvi.    Notice of Filing of Blackline of Amended Plan [Docket No. 943 - filed October 12, 2020]

xvii.    Declaration of Roy Messing in Support of Confirmation of Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 944 - filed October 13, 2020]

xviii.    Declaration of Christopher Robinson in Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and Its Affiliated Debtors [Docket No. 945 - filed October 13, 2020]

xix.    Declaration of Harvey L. Tepner in Support of the Debtor Releases and Confirmation of the Amended Plan [Docket No. 946 - filed October 13, 2020]

xx.    Reply of the Ad Hoc Committee to the California DTSC's Preliminary Confirmation Objection and in Support of Confirmation of the Debtors' Third Amended Plan [Docket No. 947 – filed October 13, 2020]

xxi.    Declaration of William G. Peluchiwski in Support of the Europe/Row Sale Transaction and Confirmation of the Third Amended Joint Chapter 11 Plan of Exide Holdings, Inc. and its Affiliated Debtors [Docket No. 948 - filed October 13, 2020]

xxii.    Debtors' Memorandum of Law in Support of Abandonment of the Vernon Non-Performing Property Pursuant to the Amended Plan [Docket No. 949 - filed October 13, 2020]

xxiii.    Declaration of Roy Messing in Support of Abandonment of the Vernon Non-Performing Property Pursuant to the Amended Plan [Docket No. 950 - filed October 13, 2020]

RLF1 24036430v.6

xxiv.   The Ad Hoc Committee's Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting the Ad Hoc Committee Leave and Permission to File the Reply of the Ad Hoc Committee to the California DTSC's Preliminary Confirmation Objection and in Support of Confirmation of the Debtors' Third Amended Plan [Docket No. 951 – filed October 13, 2020]

xxv.   Declaration of Eric Fraske in Support of Debtors' Abandonment of the Vernon Non-Performing Property Pursuant to the Amended Plan [Docket No. 952 - filed October 13, 2020]

xxvi.   Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Memorandum [Docket No. 953 - filed October 13, 2020]

xxvii.   Notice of Filing of Fourth Plan Supplement [Docket No. 955 - filed October 13, 2020]

<u>Witness Information</u>:

a.   Debtors' Witness:  William G. Peluchiwski, Senior Managing Director of Houlihan Lokey Capital, Inc. (testifying from Chicago, Illinois)

b.   Debtors' Witness:  Roy Messing, the Debtors' Chief Restructuring Officer (testifying from Ridgefield, Connecticut)

c.   Debtors' Witness:  Christopher Robinson, A Managing Director of Ankura Consulting Group, LLC (testifying from Chicago, Illinois)

d.   Debtors' Witness:  Harvey Tepner, member of the Debtors' independent subcommittee of the Special Committee (testifying from New York, New York)

e.   Debtors' Witness:  Eric Fraske, A Senior Consultant and Engineer of Alta Environmental, Inc. and Resident Engineer at the Vernon Non-Performing Property, the Debtors' environmental consultant (testifying from Long Beach, California)

f.   Debtors' Witness:  Craig Johnson of Prime Clerk LLC (testifying from Katonah, New York)

g.   California Department of Toxic Substances Control's Witness:  Grant Cope, Deputy Director of the Site Mitigation & Restoration Program at the California Department of Toxic Substances Control (testifying from Sacramento, California)

h.   California Department of Toxic Substances Control's Witness:  Perry Myers, Supervising Hazardous Substances Engineer I for the Northern

California Engineering Services Unit in the California Department of Toxic Substances Engineering and Special Projects Office (testifying from Sacramento, California)

Status: The hearing on this matter is going forward.

Dated:  October 13, 2020
      Wilmington, Delaware

/s/ Brendan J. Schlauch
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*