IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>EXIDE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11157 (CSS)<br><br>Jointly Administered |

**STIPULATION REGARDING THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL'S RULE 30(b)(6) DEPOSITION NOTICE TO DEBTORS**

This Stipulation, entered into by and between Debtors, on the one hand, and the California Department of Toxic Substances Control ("DTSC"), on the other, is made with reference to the following facts and recitals:

**WHEREAS**, on October 5, 2020, DTSC served Debtors with a Notice of Oral Deposition of Debtors' Designated Representative(s) under Federal Rule of Civil Procedure 30(b)(6) (the "Notice");

**WHEREAS**, Debtors proposed stipulating to certain facts in lieu of designating a representative to testify on certain topics set forth in Exhibit A to the Notice;

**WHEREAS**, Debtors and DTSC have agreed to stipulate to certain facts that DTSC contends are relevant to its objection to Debtors' Amended Joint Chapter 11 Plan (the "Plan") and its objection to Debtors' proposed abandonment of the Vernon Non-Performing Property (as defined in the Plan).

**NOW, THEREFORE**, Debtors and DTSC hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

1

1. Debtors are currently spending approximately $750,000 per month at the Vernon Non-Performing Property on measures to prevent the release of lead and other Constituents of Concern ("COCs") into the surrounding communities, including utility costs. This includes payroll and benefits, utilities, and third-party vendors.

2. According to line items on invoices from third-party vendor American Integrated Services, Inc., Debtors are currently spending approximately $ $126,000 per month to rent and $90,000 per month to maintain the full enclosure unit ("FEU") and negative air pressure pumps currently in place at the Vernon Non-Performing Property.

3. Debtors have not completed Phase 1 of the Closure Plan for the Vernon Non-Performing Property.

4. Debtors had no role in establishing, and did not know the basis for, the Plan's allocation of funding for Debtors' environmental liabilities at the Non-Performing Properties (as defined in the Plan), including the allocation for the Vernon Non-Performing Property.

5. Debtors will not offer any direct testimony or submit any evidence concerning the Plan's allocation of funding for Debtors environmental liabilities at the Non-Performing Properties, including the allocation for the Vernon Non Performing Property.

6. Following a reasonable investigation, Debtors are not aware of any calculation that Debtors or their agents or representatives have performed since 2014 regarding their potential liabilities for offsite remediation in connection with the Vernon Non-Performing Property, except for Geosyntec's draft Residential

RCRA Facility Investigation, dated June 13, 2019, which concluded that Debtors had no such liabilities (a conclusion that DTSC has rejected).

Dated: October 14, 2020
       New York, New York

By: */s/ Matthew Hinker*

Xavier Becerra
Attorney General of California
Edward H. Ochoa
Senior Assistant Attorney General

James R. Potter
California Department of Justice
Office of the Attorney General
Public Rights Division
Environment Section
300 S. Spring Street
Los Angeles, CA 90013
james.potter@doj.ca.gov

Anthony A. Austin
Heather C. Leslie
California Department of Justice
Office of the Attorney General
Public Rights Division
Environment Section
1300 I Street, Suite 125
Sacramento, CA 95814
Tel: 916-210-7832
anthony.austin@doj.ca.gov
heather.leslie@doj.ca.gov

Nancy Mitchell
Matthew Hinker
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
mhinker@omm.com
nmitchell@omm.com

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
pfriedman@omm.com

*Attorneys for the California Department of Toxic Substances Control*

3

Dated: October 14, 2020
      New York, New York

                        */s/ Jared R. Friedmann*
                        _____

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
Jared R. Friedmann (admitted (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Debtors
and Debtors in Possession*