UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re : Chapter 11
:
EXIDE HOLDINGS, INC., *et al.*, : Case No. 20–11157 (CSS)
:
Debtors.[1] : (Jointly Administered)
:
: Re: Docket No. 982
:
:
---------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on October 15, 2020, Exide Holdings, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Certification of Counsel Regarding Stipulation and Agreement to Further Extend Challenge Deadline for Governmental Authorities and Creditors' Committee* [Docket No. 982] (the "**Certification**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the above-captioned Debtors hereby withdraw the Certification without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

RLF1 24159116v.1

Dated: October 15, 2020
       Wilmington, Delaware

    */s/ Brendan J. Schlauch*
    RICHARDS, LAYTON & FINGER, P.A.
    Daniel J. DeFranceschi (No. 2732)
    Zachary I. Shapiro (No. 5103)
    Brendan J. Schlauch (No. 6115)
    Megan E. Kenney (No. 6426)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock, P.C. (admitted *pro hac vice*)
    Sunny Singh (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for Debtors*
    *and Debtors in Possession*