**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- X
:
In re : Chapter 11
:
**EXIDE HOLDINGS, INC.**, *et al.*, : Case No. 20– 11157 (CSS)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

I, Victor Wong, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth 1) on the Core/2002 Service List attached hereto as **Exhibit A** and 2) on the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Filing of Identities, Compensation, and Affiliation to the Debtors of Members of the New Board and Plan Administrator [Docket No. 938]

- Notice of Filing of Third Plan Supplement [Docket No. 939]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

Dated: October 16, 2020

/s/ *Victor Wong*

State of New York    Victor Wong
County of New York

Subscribed and sworn to (or affirmed) before me on October 16, 2020, by Victor Wong, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 47004

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd<br>Ste. 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Counsel to Lexicon Relocation, LLC d/b/a Sterling Lexicon | Akerman LLP | Attn: Jacob A. Brown, Mary Katherine Fackler<br>50 North Laura Street, Suite 3100<br>Jacksonville FL 32202 | Jacob.Brown@Akerman.com<br>Katherine.Fackler@Akerman.com | Email |
| Counsel to the Trustee under the Indentures and U.S. Bank, National Association, as trustee and agent | Arent Fox LLP | Attn: Andrew I. Silfen and Jordana Renert<br>1301 Avenue of the Americas<br>Floor 42<br>New York NY 10019 | andrew.silfen@arentfox.com<br>jordana.renert@arentfox.com | Email |
| Counsel to AT&T | Arnold & Porter | Attn: Brian J. Lohan<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602-4231 | brian.lohan@arnoldporter.com | Email |
| Counsel to AT&T | AT&T Services Inc. | Attn: James W. Grudus<br>One Rockefeller Plaza<br>Room 18-19<br>New York NY 10020 | jg5786@att.com | Email |
| Counsel to Interstate Battery System of America, Inc., a/k/a Interstate Batteries | Ballard Spahr LLP | Attn: Tobey M. Daluz, Chantelle D. McClamb<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | daluzt@ballardspahr.com<br>mcclambc@ballardspahr.com | Email |
| Counsel to Yacht Battery Co., Ltd. | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: William J. Barrett<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | william.barrett@bfkn.com | Email |
| Counsel to Gould Electronics Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Gregory W. Werkheiser, Esq., John C. Gentile, Esq.<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | gwerkheiser@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Counsel to Muhlenberg Township Authority | Bingaman, Hess, Coblentz & Bell, P.C. | Attn: Thomas A. Rothermel, Esquire<br>2 Meridian Boulevard<br>Treeview Corporate Center, Suite 100<br>Wyomissing PA 19610 | tarothermel@BingamanHess.com | Email |
| Counsel to SDI, Inc. | Blank Rome LLP | Attn: Louis M. Rappaport<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103 | rappaport@blankrome.com | Email |
| Counsel to SDI, Inc. | Blank Rome LLP | Attn: Stanley B. Tarr<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | tarr@blankrome.com | Email |
| Counsel to Assembled Products, Inc. | Bradshaw, Fowler, Proctor & Fairgrave P.C. | Attn: Krystal R. Mikkilineni<br>801 Grand Ave<br>Suite 3700<br>Des Moines IA 50309 | mikkilineni.krystal@bradshawlaw.com | Email |
| Counsel to Concur Technologies Inc. and Callidus Software Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman<br>6 North Broad Street<br>Suite 100<br>Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Battery Systems, Inc. | Buchalter, APC | Attn: Joseph M. Welch<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612-0514 | jwelch@buchalter.com | Email |
| Counsel to Bank of Montreal and BMO Harris Equipment Finance Company | Chapman and Cutler LLP | Attn: David T.B. Audley, Mia D. D'Andrea<br>111 W. Monroe Street<br>Chicago IL 60603 | audley@chapman.com<br>adandrea@chapman.com | Email |

In re: Exide Holdings, Inc., et al.
Case No. 20-11157 (CSS)

Page 1 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Aspen American Insurance Company and Aspen Specialty Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Armen Shahinian, David J. Mairo,Terri Jane Freedman<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | Email |
| Counsel to Battery Systems, Inc. | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Mark D. Olivere<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801 | chipman@chipmanbrown.com<br>olivere@chipmanbrown.com | Email |
| Counsel to Radwell International, Inc. | Cohen, Seglias, Pallas, Greenhall & Furman, PC | Attn: Sally J. Daugherty<br>500 Delaware Avenue<br>Suite 730<br>Wilmington DE 19801 | sdaugherty@cohenseglias.com | Email |
| Counsel to Blue Torch Finance LLC and certain of its affiliates | Cole Schotz P.C. | Attn: Norman L. Pernick, Patrick J. Reilley<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | npernick@coleschotz.com<br>preilley@coleschotz.com | Email |
| Counsel to Aspen American Insurance Company and Aspen Specialty Insurance Company | Cozen O' Connor | Attn: Thomas J. Francella, Jr. Esq.<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | tfrancella@cozen.com | Email |
| Counsel to Genesis Alkali | Curtin & Heefner LLP | Attn: Robert Szwajkos, Esquire<br>1040 Stony Hill Road<br>Suite 150<br>Yardley PA 19067 | rsz@curtinheefner.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to PNC Equipment Finance, LLC | Dilworth Paxson LLP | Attn: Martin J. Weis<br>One Customs House - Suite 500<br>704 King Street<br>Wilmington DE 19899-1031 | mweis@dilworthlaw.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Counsel to Ames Properties, LLC | Duane Morris LLP | Attn: Jarret P. Hitchings<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801-1659 | jphitchings@duanemorris.com | Email |
| Environmental Protection Agency | Environmental Protection Agency | 1200 Pennsylvania Avenue, N.W.<br>Washington DC 20460 | | First Class Mail |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Environmental Protection Agency – Region 3 | Environmental Protection Agency – Region 3 | 1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Environmental Protection Agency – Region 4 | Environmental Protection Agency – Region 4 | Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta GA 30303-3104 | | First Class Mail |
| Environmental Protection Agency – Region 5 | Environmental Protection Agency – Region 5 | 77 West Jackson Boulevard<br>Chicago IL 60604-3507 | | First Class Mail |
| Environmental Protection Agency – Region 6 | Environmental Protection Agency – Region 6 | 1201 Elm Street, Suite 500<br>Dallas TX 75270 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency – Region 7 | Environmental Protection Agency – Region 7 | 11201 Renner Blvd. Lenexa KS 66219 | | First Class Mail |
| Environmental Protection Agency – Region 9 | Environmental Protection Agency – Region 9 | 75 Hawthorne Street San Francisco CA 94105 | | First Class Mail |
| Counsel to American Integrated Services, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Brett D. Fallon, Esq. 222 Delaware Avenue, Suite 1410 Wilmington DE 19801 | brett.fallon@faegredrinker.com | Email |
| Counsel to DCT Airtex II, LLC | Faegre Drinker Biddle & Reath LLP | Attn: Joseph N. Argentina, Jr. 222 Delaware Ave Suite 1410 Wilmington DE 19801-1621 | joseph.argentina@faegredrinker.com | Email |
| Counsel to DCT Airtex II, LLC | Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck 600 Campus Drive 2nd Floor Florham Park NJ 07932 | marita.erbeck@faegredrinker.com | Email |
| Counsel to Bret E. Aker, John F. Aker, James R. Wade, Kevin J. Lynch, and Aker Wade Power Technologies, LLC | Flora Pettit | Attn: Nancy R. Schlichting 530 East Main Street P.O. Box 2057 Charlottesville VA 22902 | nrs@fplegal.com | Email |
| Counsel to Delaware Trust Company as Successor Indenture Trustee | Foley & Lardner LLP | Attn: Leah Eisenberg, Richard Bernard 90 Park Avenue New York NY 10016-1314 | leisenberg@foley.com rbernard@foley.com | Email |
| Counsel to YWY Commerce II LLC | Fortis LLP | Attn: Paul Shankman 650 Town Center Drive Suite 1530 Costa Mesa CA 92626 | PShankman@fortislaw.com | Email |
| Counsel to Ames Properties, LLC | Fredrikson & Byron, P.A. | Attn: James C. Brand 200 South Sixth Street Suite 4000 Minneapolis MN 55402 | jbrand@fredlaw.com | Email |
| Counsel to CNH Industrial America LLC | Frost Brown Todd LLC | Attn: Benjamin M. Katz The Pinnacle at Symphony Place 150 3rd Avenue South, Suite 1900 Nashville TN 37201 | bkatz@fbtlaw.com | Email |
| Counsel to Shoppa's Material Handling, Shoppas Mid America, LLC | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. 1201 N. Orange St. Suite 300 Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel to Blue Torch Finance LLC and certain of its affiliates | Gibson, Dunn & Crutcher LLP | Attn: Matthew G. Bouslog 3161 Michelson Drive Irvine CA 92612-4412 | mbouslog@gibsondunn.com | Email |
| Counsel to the DIP Agents, Blue Torch Finance LLC and certain of its affiliates | Gibson, Dunn & Crutcher LLP | Attn: Robert A. Klyman, Michael G. Farag 333 South Grand Avenue Los Angeles CA 90071 | rklyman@gibsondunn.com mfarag@gibsondunn.com | Email |
| Counsel to Seibel Modern Mfg. & Welding Corp. | Hodgson Russ LLP | Attn: Garry M. Graber 140 Pearl Street Suite 100 Buffalo NY 14202 | ggraber@hodgsonruss.com | Email |
| Counsel to Quality Industrial Services, Inc | Hulsey, Oliver, & Mahar, LLP | Attn: T. Burns Marlow P.O. Box 1457 Gainesville GA 30503 | tbm@homlaw.com | Email |
| Counsel to State of Indiana | Indiana Attorney General Office | Attn: Heather M. Crockett 302 W. Washington St, IGCS 5th Floor Indianapolis IN 46204 | heather.crockett@atg.in.gov | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation 2970 Market Street Mail Stop 5 Q30 133 Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kansas Department of Health and Environment | Kansas Department of Health and Environment | Attn: Kate Gleeson, Special Assistant Attorney General<br>1000 SW Jackson St<br>Suite 560<br>Topeka KS 66612-1371 | kate.gleeson@ks.gov | Email |
| Counsel to Exide Creditors' Liquidating Trust | Kelley Drye & Warren LLP | Attn: Dane P. Kane<br>One Jefferson Road<br>2nd Floor<br>Parsippany NJ 07054 | KDWBankruptcyDepartment@kelleydrye.com<br>dkane@kelleydrye.com | Email |
| Counsel to Exide Creditors' Liquidating Trust | Kelley Drye & Warren LLP | Attn: Konstantinos Katsionis<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>dkatsionis@kelleydrye.com | Email |
| Counsel to CNH Industrial America LLC | Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Matthew R. Pierce<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | brown@lrclaw.com<br>pierce@lrclaw.com | Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman<br>919 N. Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Dallas County, City of Frisco | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to the United States of America | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Louisiana Department of Environmental Quality | Louisiana Department of Environmental Quality | Attn: Oscar Magee, Dwana C. King<br>Legal Affairs Division<br>P.O. Box 4302<br>Baton Rouge LA 70821-4302 | dwana.king@la.gov<br>Oscar.Magee@la.gov | Email |
| Counsel to Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Robert M. Hirsh, Eric S. Chafetz<br>1251 Avenue of the Americas<br>New York NY 10020 | krosen@lowenstein.com<br>rhirsh@lowenstein.com<br>echafetz@lowenstein.com | Email |
| Counsel to Westchester Fire Insurance Company and its affiliated sureties | Manier & Herod, P.C. | Attn: Michael E. Collins, Sam H. Poteet, Jr., Robert W. Miller<br>1201 Demonbreun Street<br>Suite 900<br>Nashville TN 37213 | mcollins@manierherod.com<br>spoteet@manierherod.com<br>rmiller@manierherod.com | Email |
| Counsel to M.J. Reider Associates, Inc. | Masano Bradley | Attn: Karen H. Cook<br>1100 Berkshire Blvd<br>Suite 201<br>Wyomissing PA 19610 | Kcook@Masanobradley.com | Email |
| Counsel to Vanfab, Inc. | Mcdonald Hopkins LLC | Attn: Nicholas M. Miller<br>300 North LaSalle Street<br>Suite 1400<br>Chicago IL 60654 | nmiller@mcdonaldhopkins.com | Email |
| Counsel to Westchester Fire Insurance Company and its affiliated sureties | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler<br>300 Delaware Avenue<br>Suite 770<br>Wilmington DE 19801 | gbressler@mdmc-law.com | Email |
| Counsel to Westchester Fire Insurance Company and its affiliated sureties | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael R. Morano<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown NJ 07962-2075 | mmorano@mdmc-law.com | Email |
| Counsel to Mississippi Department of Environmental Quality, an agency of the State of Mississippi | Mississippi Department of Environmental Quality | Attn: Theodore Lampton, Senior Attorney<br>P.O. Box 2261<br>Jackson MS 39225-2261 | tlampton@mdeq.ms.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | deecf@dor.mo.gov | Email |
| Counsel to U.S. Bank, National Association, as trustee and agent | Morris James LLP | Attn: Eric J. Monzo, Brya M. Keilson<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Counsel to United Parcel Service, Inc. | Morrison & Foerster LLP | Attn: Erica J. Richards<br>250 West 55th Street<br>New York NY 10019-9601 | erichards@mofo.com | Email |
| Counsel to Louisiana Department of Environmental Quality | Murray & Murray, LLC | Attn: Dwayne M. Murray<br>4970 Bluebonnet Blvd<br>Suite B<br>Baton Rouge LA 70809 | dmm@murraylaw.net | Email |
| Counsel to South Carolina Department of Health and Environmental Control | Office of General Counsel | Attn: Sara V. Martinez, Jacquelyn S. Dickman, D. Clay Robinson<br>2600 Bull Street<br>Colombia SC 29201 | martinsv@dhec.sc.gov<br>dickmajs@dhec.sc.gov<br>robinsdc@dhec.sc.gov | Email |
| Counsel to Georgia Department of Natural Resources, Environmental Protection Division | Office of the Attorney General of Georgia | Attn: Whitney Groff, Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta GA 30334-1300 | wgroff@law.ga.gov | Email |
| Counsel to Missouri Department of Natural Resources | Office of the Attorney General of Missouri | Attn: Mary Long, Assistant Attorney General<br>P.O. Box 861<br>St. Louis MO 63188 | Mary.Long@ago.mo.gov | Email |
| Counsel to Texas Commission on Environmental Quality and the Unclaimed Property Division of the Texas Comptroller of Public Accounts | Office of the Attorney General of Texas, Bankruptcy & Collections Division | Attn: Jason B. Binford, Abigail Ryan, Assistant Attorneys General<br>P. O. Box 12548-MC 008<br>Austin TX 78711-2548 | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov | Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Linda J. Casey, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Deb Secrest<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford, Assistant District Attorney<br>320 Robert S. Kerr<br>Room 505<br>Oklahoma City OK 73102 | greca@oklahomacounty.org | Email |
| Interested Party | Ontario Ministry of Environment, Conservation and Parks | 2nd Floor, Macdonald Block, 900 Bay Street<br>Toronto ON M7A 1N3 Canada | Kim.Groombridge@ontario.ca<br>David.Milakovic@ontario.ca<br>Anna.Cote@gowlingwlg.com<br>Patrick.Shea@gowlingwlg.com<br>Harry.Dahme@gowlingwlg.com | First Class Mail and Email |
| Counsel to the Prepetition ABL Agents | Otterbourg P.C. | Attn: Daniel F. Fiorillo, David W. Morse, Pauline McTernan and Jonathan N. Helfat<br>230 Park Avenue<br>New York NY 10169 | jhelfat@otterbourg.com<br>dmorse@otterbourg.com<br>dfiorillo@otterbourg.com | Email |
| Counsel to the Commonwealth of Pennsylvania, Department of Environmental Protection | PA Department of Environmental Protection | Attn: Vera N. Kanova, Joseph S. Cigan III., Assistant Counsel<br>Central Office of Chief Counsel<br>400 Market Street<br>Harrisburg PA 17101-2063 | verkanova@pa.gov<br>jcigan@pa.gov | Email |
| Counsel to Shoppa's Material Handling, Shoppas Mid America, LLC | Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco, Esq.<br>420 Throckmorton Street<br>Suite 1210<br>Fort Worth TX 76102 | carisco@padfieldstout.com | Email |
| Counsel to the Ad Hoc Group of Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alice Belisle Eaton, Robert A. Britton, Eugene Y. Park, David Giller, Douglas R. Keeton, Jacqueline Rubin<br>1285 Avenue of the Americas<br>New York NY 10019 | aeaton@paulweiss.com<br>rbritton@paulweiss.com<br>epark@paulweiss.com | Email |
| Counsel to the Ad Hoc Group of Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Claudia R. Tobler<br>2001 K Street NW<br>Washington DC 20006-1047 | | First Class Mail |

In re: Exide Holdings, Inc., et al.
Case No. 20-11157 (CSS)

Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Vicente Matias Murrell and Garth D. Wilson<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005-4026 | murrell.vicente@pbgc.gov<br>wilson.garth@pbgc.gov<br>efile@pbgc.gov | Email |
| Counsel to The Doe Run Company | Polsinelli PC | Attn: Shanti M. Katona<br>222 Delaware Ave<br>Suite 1101<br>Wilmington DE 19801 | skatona@polsinelli.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | csamis@potteranderson.com<br>kgood@potteranderson.com<br>astulman@potteranderson.com | Email |
| Proposed Counsel to Debtors | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, Zachary I. Shapiro<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | defranceschi@rlf.com | Email |
| Counsel to Victor M. Koelsch | Robl Law Group, LLC | Attn: Michael D. Robl<br>3754 Lavista Road<br>Suite 250<br>Tucker GA 30084 | michael@roblgroup.com | Email |
| Counsel to Duff & Phelps, LLC | Schulte Roth & Zabel LLP | Attn: Michael L. Cook<br>919 Third Avenue<br>New York NY 10022 | michael.cook@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Oak Press Solutions, Inc. | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan<br>919 North Market Street<br>Suite 420<br>Wilmington DE 19801 | bsullivan@sha-llc.com | Email |
| Counsel to Gopher Resources | Taft Stettinius & Hollister LLP | Attn: Karl J. Johnson<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis MN 55402-2157 | KJJohnson@Taftlaw.com | Email |
| Counsel to Lexicon Relocation, LLC d/b/a Sterling Lexicon | The Bifferato Firm, P.A. | Attn: Ian Connor Bifferato<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | Cbifferato@Tbf.legal | Email |
| Counsel to Interstate Battery System of America, Inc., a/k/a Interstate Batteries | Thompson & Knight LLP | Attn: Demetra L. Liggins, Cameron K. Rivers<br>811 Main Street<br>Suite 2500<br>Houston TX 77002 | demetra.liggins@tklaw.com<br>cameron.rivers@tklaw.com | Email |
| Counsel to TN Dept of Env't and Conservation | TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud, Senior Assistant Attorney General<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| Counsel to Civil Division of the United States Department of Justice | U.S. Department of Justice | Attn: Andrew Warner<br>P.O. Box 875<br>Washington DC 20044-0875 | andrew.warner@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: J. Zachary Balasko, Ruth A. Harvey, Andrew D. Warner, Margaret M. Newell<br>1100 L Street, NW<br>Room 7530<br>Washington DC 20005 | john.z.balasko@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: J. Zachary Balasko, Ruth A. Harvey, Andrew D. Warner, Margaret M. Newell<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | john.z.balasko@usdoj.gov | Email |

In re: Exide Holdings, Inc., et al.
Case No. 20-11157 (CSS)

Page 6 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Union Pacific Railroad Company | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>Stop 1580<br>Omaha NE 68179 | bankruptcynotices@up.com | Email |
| Counsel to the United States of America | United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Alan S. Tenenbaum, National Bankruptcy Coordinator, and Matthew Indrisano, Trial Attortney<br>150 M Street, N.E., Suite 2900<br>Washington DC 20002 | alan.tenenbaum@usdoj.gov<br>matthew.indrisano@usdoj.gov | Email |
| Counsel to the United States of America | United States Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section | Attn: Alan S. Tenenbaum, National Bankruptcy Coordinator, and Matthew Indrisano, Trial Attortney<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington DC 20044 | alan.tenenbaum@usdoj.gov<br>matthew.indrisano@usdoj.gov | Email |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | United Steelworkers | Attn: David R. Jury and Anthony Resnick<br>60 Boulevard of the Allies<br>Room 807<br>Pittsburgh PA 15222 | djury@usw.org<br>aresnick@usw.org | Email |
| US Attorney for the District Of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to Flow-Rite Controls, Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering<br>1500 Warner Building<br>150 Ottawa Avenue, N.W.<br>Grand Rapids MI 49503 | gtoering@wnj.com | Email |
| Proposed Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Sunny Singh, Alyssa E. Kutner<br>767 Fifth Avenue<br>New York NY 10153 | sunny.singh@weil.com<br>ray.schrock@weil.com<br>jacqueline.marcus@weil.com | Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions | c/o A Ricoh USA Program f/d/b/a IKON Financial Services<br>Bankruptcy Administration<br>P.O. Box 13708<br>Macon GA 31208-3708 | | First Class Mail |
| Counsel to Bank of America, N.A. | White and Williams LLP | Attn: Marc S. Casarino<br>Courthouse Square<br>600 N. King Street, Suite 800<br>Wilmington DE 19801 | casarinom@whiteandwilliams.com | Email |
| Counsel to Bret E. Aker, John F. Aker, James R. Wade, Kevin J. Lynch, and Aker Wade Power Technologies, LLC | Whiteford, Taylor, & Preston, LLP | Attn: Christopher A. Jones<br>3190 Fairview Park Drive<br>Suite 800<br>Falls Church VA 22042 | cajones@wtplaw.com | Email |
| Counsel to Bret E. Aker, John F. Aker, James R. Wade, Kevin J. Lynch, Aker Wade Power Technologies, LLC and United Parcel Service, Inc. | Whiteford, Taylor, & Preston, LLP | Attn: Stephen B. Gerald<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | Email |
| Counsel to Creditor | Wilcox & Fetzer LTD | 1330 King St.<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to the Ad Hoc Group of Noteholders | Young Conaway Stargatt & Taylor LLP | Attn: Pauline K. Morgan, Sean T. Greecher, Andrew L. Magaziner, Ian J. Bambrick<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | bankfilings@ycst.com<br>pmorgan@ycst.com<br>sgreecher@ycst.com<br>amagaziner@ycst.com<br>ibambrick@ycst.com | Email |

## **Exhibit B**

Exhibit B
Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Attn: Bryan J. Hall | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | BHall@BlankRome.com | Email and First Class Mail |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael R. Morano | 300 Delaware Avenue, Suite 770 | Wilmington | DE | 19801 | | First Class Mail |
| O'Melveny & Myers LLP | Attn: Nancy A. Mitchell, Matthew L. Hinker | 7 Times Square | New York | NY | 10036 | nmitchell@omm.com; mhinker@omm.com | Email and First Class Mail |
| O'Melveny & Myers LLP | Attn: Peter Friedman | 1625 Eye Street, NW | Washington, DC | DC | 20006 | pfriedman@omm.com | Email and First Class Mail |
| Winston & Strawn LLP | Attn: Daniel J. McGuire, James T. Bentley | 35 W Wacker Drive | Chicago | IL | 60601 | jbentley@winston.com; dmcguire@winston.com | Email and First Class Mail |

In re: Exide Holdings, Inc., *et al.*
Case No. 20-11157 (CSS)

Page 1 of 1