UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 20-11157 (CSS)
EXIDE HOLDINGS, INC., *et al.*, :
: (Jointly Administered)
Debtors.[1] :
: **Re: Docket Nos. 350, 789, 808, 840, 878, 900, 926 & 987**
---------------------------------------------------------- x

### ORDER APPROVING STIPULATION AND
### AGREEMENT TO FURTHER EXTEND CHALLENGE DEADLINE FOR
### GOVERNMENTAL AUTHORITIES AND CREDITORS' COMMITTEE

The Court having considered the *Stipulation and Agreement to Further Extend Challenge Deadline for Governmental Authorities and Creditors' Committee*, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"),[2] between the Parties; the Court having determined that no further notice of the Stipulation must be given; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED THAT**:

1. The Stipulation is APPROVED.

2. The Challenge Deadline is hereby extended to October 23, 2020 solely for the Governmental Authorities who are signatories to the Stipulation and the Creditors' Committee.

3. Nothing herein shall preclude any of the Governmental Authorities who are signatories to the Stipulation or the Creditors' Committee from seeking further extensions of the Challenge Deadline for cause as provided in the Final DIP Order nor shall any provision of this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2] Capitalized terms that are used herein and not otherwise defined shall have the meanings given to the them in the Stipulation.

Stipulation modify or abridge any application of the Bankruptcy Code and Bankruptcy Rules (including Local Rule 9006-2) to any such request for further extensions of the Challenge Deadline. To the extent any of the Governmental Authorities who are signatories to the Stipulation seek further extensions of the Challenge Deadline, nothing herein shall prevent or preclude any Party from opposing such request.

4. This Court shall retain jurisdiction with respect to all matters arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.

**Dated: October 22nd, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**