## Exhibit 1

## Stipulation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re: : Chapter 11
:
EXIDE HOLDINGS, INC., *et al.*, : Case No. 20-11157 (CSS)
:
Debtors.¹ : (Jointly Administered)
:
: **Re: Docket Nos. 350, 789, 808, 840, 878, 900, 926 & 987**
:
------------------------------------------------------------ x

**STIPULATION AND AGREEMENT TO**
**FURTHER EXTEND CHALLENGE DEADLINE FOR**
**GOVERNMENTAL AUTHORITIES AND CREDITORS' COMMITTEE²**

The Debtors, the Consenting Creditors, the Creditors' Committee, and the United States on behalf of the Environmental Protection Agency and the California Department of Toxic Substances Control, the Georgia Environmental Protection Division of the Department of Natural Resources, Indiana Attorney General, Louisiana Department of Environmental Quality, Mississippi Department of Environmental Quality, Commonwealth of Pennsylvania Department of Environmental Protection, South Carolina Department of Health and Environmental Control, Tennessee Attorney General & Reporter, and Texas Commission on Environmental Quality (collectively, the "Governmental Authorities" and, together with the Debtors, the Creditors' Committee and the Consenting Creditors, the "Parties"), through their respective counsel enter into this *Stipulation and Agreement to Further Extend Challenge Deadline for the Governmental*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 350] (the "Final DIP Order").

RLF1 24188409v.1

*Authorities and Creditors' Committee* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate, in accordance with paragraph 25(e) of the Final DIP Order, that the Challenge Deadline is hereby further extended from October 22, 2020 to October 23, 2020 solely for the Governmental Authorities and the Creditors' Committee.

2. Nothing herein shall preclude any of the Governmental Authorities or the Creditors' Committee from seeking further extensions of the Challenge Deadline for cause as provided in the Final DIP Order, nor shall any provision of this Stipulation modify or abridge any application of the Bankruptcy Code and Bankruptcy Rules (including Local Rule 9006-2) to any such request for further extensions of the Challenge Deadline. To the extent any of the Governmental Authorities seek such further extensions of the Challenge Deadline, nothing herein shall prevent or preclude any Party from opposing such request.

3. The Parties have agreed that pursuant to the DIP Order the extension of the Challenge Deadline is effective between the Parties on the terms set forth herein without entry of the Order.

[SIGNATURE PAGES FOLLOW]

| | |
|---|---|
| Dated: October 21, 2020<br>      Wilmington, Delaware | Respectfully submitted, |

| | |
|---|---|
| */s/ Robert Britton* | */s/ Megan E. Kenney* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Pauline K. Morgan (No. 3650)<br>Sean T. Greecher (No. 4484)<br>Andrew L. Magaziner (No. 5426)<br>Ian J. Bambrick (No. 5455)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br>Email: pmorgan@ycst.com<br>sgreecher@ycst.com<br>amagaziner@ycst.com<br>ibambrick@ycst.com<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alice Belisle Eaton (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>William A. Clareman (admitted *pro hac vice*)<br>David Giller (admitted *pro hac vice*)<br>Eugene Y. Park (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: aeaton@paulweiss.com<br>rbritton@paulweiss.com<br>wclareman@paulweiss.com<br>dgiller@paulweiss.com<br>epark@paulweiss.com<br><br>*Counsel for the Ad Hoc Committee* | RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Brendan J. Schlauch (No. 6115)<br>Megan E. Kenney (No. 6426)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock, P.C. (admitted *pro hac vice*)<br>Jacqueline Marcus (admitted *pro hac vice*)<br>Sunny Singh (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Attorneys for Debtors<br>and Debtors in Possession* |

| | |
|---|---|
| */s/ Eric S. Chafetz*<br>POTTER ANDERSON & CORROON LLP<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>E-mail: csamis@potteranderson.com<br>kgood@potteranderson.com<br>astulman@potteranderson.com<br><br>– and –<br><br>LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Robert M. Hirsh, Esq.<br>Eric S. Chafetz, Esq.<br>1251 Avenue of the Americas<br>New York, New York, 10020<br>Telephone: (212) 262-6700<br>E-mail: krosen@lowenstein.com<br>rhirsh@lowenstein.com<br>echafetz@lowenstein.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | UNITED STATES ON BEHALF OF U.S. ENVIRONMENTAL PROTECTION AGENCY:<br><br>By: */s/Matthew C. Indrisano*<br>MATTHEW C. INDRISANO<br>Trial Attorney<br>Email: matthew.indrisano@usdoj.gov<br>Telephone: (202) 514-1398<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>BRUCE S. GELBER<br>Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice<br><br>ALAN S. TENENBAUM<br>National Bankruptcy Coordinator<br>Email: alan.tenenbaum@usdoj.gov<br>Telephone: (202) 514-5409<br><br>ERIC D. ALBERT<br>Senior Attorney<br>Email: eric.albert@usdoj.gov<br>Telephone: (202) 514-2800<br><br>JAMES D. FREEMAN<br>Senior Attorney<br>999 18th Street, South Terrace, Suite 370<br>Denver, Colorado 80202<br>Telephone: (303) 844-1489<br>Email: James.Freeman2@usdoj.gov |

| | |
|---|---|
| THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL<br>By: */s/ James R. Potter*<br>JAMES R. POTTER<br>California State Bar No. 166992<br>ANTHONY A. AUSTIN<br>Deputy Attorneys General<br>1300 I Street, Suite 125<br>Sacramento, CA 95814<br>Tel.: 213-369-6326<br>Email: James.Potter@doj.ca.gov<br>XAVIER BECERRA<br>Attorney General of California<br>EDWARD A. OCHOA<br>Senior Assistant Attorney General<br>JAMES R. POTTER<br>Deputy Attorney General | OFFICE OF THE SECRETARY, LEGAL AFFAIRS DIVISION LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>By: */s/Dwayne M. Murray*<br>Dwayne M. Murray, LA Bar #18658<br>*Bankruptcy Counsel to LDEQ*<br>Murray & Murray, LLC<br>4970 Bluebonnet Blvd, Suite B<br>Baton Rouge, LA 70809<br>225-925-1110<br>225-925-1116<br>dmm@murraylaw.net<br><br>-and-<br><br>Oscar Magee, Attorney<br>(La. Bar # 32302)<br>Dwana C. King, Deputy General Counsel<br>(La. Bar #20590)<br>P.O. Box 4302<br>Baton Rouge, Louisiana 70821-4302<br>Phone: 225.219.3985<br>Fax: 225.219.4068<br>oscar.magee@la.gov<br>dwana.king@la.gov |
| GEORGIA ENVIRONMENTAL PROTECTION DIVISION OF THE DEPARTMENT OF NATURAL RESOURCES<br>By: */s/Whitney Groff*<br>Whitney Groff (Ga. Bar No. 738079)<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300<br>Telephone: (404) 656-3338<br>Fax: (404) 657-3239<br>Email: wgroff@law.ga.gov | |
| ATTORNEY GENERAL OF INDIANA<br>By: */s/Heather M. Crockett*<br>HEATHER M. CROCKETT<br>Deputy Attorney General<br>Office of Indiana Attorney General<br>Indiana Government Center South,<br>Fifth Floor<br>302 W. Washington Street<br>Indianapolis, Indiana 46204-2794<br>Telephone: (317) 233-6254<br>Fax: (317) 232-7979<br>hcrockett@atg.in.gov | MISSISSIPPI DEPT. OF ENVIRONMENTAL QUALITY<br>By: */s/Theodore Lampton*<br>THEODORE LAMPTON<br>MS Bar No. 101199<br>Senior Attorney<br>Mississippi Department of Environmental Quality<br>P.O. Box 2261<br>Jackson, MS 39225-2261<br>Phone: (601) 961-5573<br>tlampton@mdeq.ms.gov |

THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION:
By: */s/Vera N. Kanova*
VERA N. KANOVA, Assistant Counsel
PA ID No. 316676
Office of Chief Counsel
400 Market Street
Harrisburg, PA 17101-2063
Telephone: 717-787-9370
Email: verkanova@pa.gov

SOUTH CAROLINA DEPARTMENT OF
HEALTH AND ENVIRONMENTAL
CONTROL:
By: */s/Sara V. Martinez*
SARA V. MARTINEZ
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, South Carolina 29201
Phone: 803.898.0288
Email: martinsv@dhec.sc.gov
JACQUELYN S. DICKMAN
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, South Carolina 29201
Phone: 803.898.03350
Email: dickmajs@dhec.sc.gov
D. CLAY ROBINSON
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, South Carolina 29201
Phone: 803.898.3369
Email: robinsdc@dhec.sc.gov

TENNESSEE ATTORNEY GENERAL &
REPORTER HERBERT H. SLATERY III
By: */s/Laura L. McCloud*
LAURA L. MCCLOUD (#16206)
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-8933
Attorneys for TDEC

ATTORNEYS FOR THE TEXAS
COMMISSION ON ENVIRONMENTAL
QUALITY
By: */s/Abigail R. Ryan*
ABIGAIL R. RYAN
Texas State Bar No. 240359569
JASON B. BINFORD
Texas State Bar No. 24045499
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 936-1409
abigail.ryan@oag.texas.gov
jason.binford@oag.texas.gov
KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RYAN L. BANGERT
Deputy First Assistant Attorney General
DARREN L. MCCARTY
Deputy Attorney General for Civil
Litigation
RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division