IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EXIDE HOLDINGS, INC., | : | Bankruptcy Case No. 20-11157 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 20-1402-RGA |
| | : | |
| EXIDE HOLDINGS, INC., et al., | : | |
| | : | |
| Appellees. | : | |

ORDER

This 22nd day of October 2020, for the reasons read into the record at the conclusion of the argument, the Emergency Motion . . . for Stay Pending Appeal (D.I. 4) is DENIED.

　　　　　　　　　　　　　　　　　　  /s/ Richard G. Andrews　　　　
　　　　　　　　　　　　　　　　　　United States District Judge